UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00- 6267-_ǴS

UNITED STATES OF AMERICA. *11-20-00*
Plaintiff.

v.

Fernando Pineda
Defendant.

ORDER ON INITIAL APPEARANCE
Language __English__
Tape No __00- 090__
AUSA __Roger Powell/ Mithani__
Agent _____

The above-named defendant having been arrested on _____11-18-00_____ , having
appeared before the court for initial appearance on _____11-20-00_____
and proceedings having been held in accordance with *FR.C.P.* 5 or 40(a), it is thereupon
ORDERED as follows:

1. _____ appeared as permanent/temporary counsel of record.
   Address: _____
   Zip Code _____ Telephone: _____

2. __Federal Public Defender (Hairisworth)__ appointed as permanent counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____

3. The defendant shall attempt to retain counsel and shall appear before the court at _____ on
   _____ ,20 _____

4. Arraignment/Preliminary/Removal/Identity hearing is set for _____11-30-00_____ ,20 _____

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. 3142(d) or (f) because _____

   A detention hearing, pursuant to 18 U.S.C. 3142 (f), is set for __11- 22 -00    9:30 am__

6. The defendant shall be released from custody upon posting of the following type of appearance bond.
   pursuant to 18 U.S.C. 3142:
   __PTD Requested__

   _____
   _____

This bond shall contain the standard conditions of bond printed in the form of this Court and, in
addition, the defendant must comply with the special conditions checked below:

_____ a. Surrender all passports and travel documents to the Pretrial Services Office of the Court.

_____ b. Report to Pretrial Services as follows: _____ times a week by phone _____ times a week in
        person: other: _____

_____ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances
        prohibited by law.

_____ d. Maintain or actively seek full-time gainful employment.

_____ e. Maintain or begin an educational program.

_____ f. Avoid all contact with victims of or witnesses to the crimes charged.

_____ g. Refrain from possessing a firearm, destructive device or other dangerous weapon.

_____ h. Comply with the following curfew: _____

SD-FM-F
Rev 01/00

_____ i. Comply with the following additional special conditions of this bond: _____

_____

_____

      This bond was set :   At Arrest     _____

                             On Warrant    _____

                             After Hearing   _____

      If bond is changed from that set in another District. the reason pursuant to Rule 40(f) is _____

_____

_____

__ If this space is checked. an evidentiary hearing pursuant to *United States v. Nebbia*, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court. the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

      DONE AND ORDERED at  Ft. Lauderdale this  20  day of  November  .20  00  .

                                      UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION.
   WHITE to Court file
   BLUE to defendant
   GREEN to Assistant U.S. Attorney
   YELLOW to Counsel
   PINK to U.S. Marshal
   GOLD to Pretrial Services

SD.F M-1
Rev 01 00