# COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

| | | | |
|---|---|---|---|
| DEFT: | Fernando Pineda (J)# | CASE NO: | 00-4267-BSS |
| AUSA: | Roger Powell  Bertha | ATTNY: | Robin Farnworth |
| AGENT: | Mitrani | VIOL: | 21:952, 841 |
| PROCEEDING: | Initial Appearance | BOND REC: | PTD |

BOND HEARING HELD - yes/no     COUNSEL APPOINTED: APD

___ BOND SET @ _____

CO-SIGNATURES: _____ NOV 20 2000

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ X's a week/month by phone; ___ X's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House
    ___ Electronic Monitoring

- Advised of charges
- Sworn for Counsel

Initially Indigent
$250 atty Reg of Ct w/in 30 days

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | 11-22-00 | 9:30am | BSS ✓ |
| PRELIM/ARRAIGN. OR REMOVAL: | 11-30-00 | 11:00am | BSS ✓ |
| STATUS CONF / Report re indigence | 12-19-00 | 11:00am | BSS ✓ |

DATE: 11-20-00    TIME: 11:00am    TAPE # 00-040    PG #
2216 — 2300
00-091