UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55553-004

UNITED STATES OF AMERICA )
　　　　　　　　　Plaintiff ) Case Number: CR 00-4267-LSS
　　　　　　　　　　　　　　) REPORT COMMENCING CRIMINAL
　　-vs-　　　　　　　　　) 　　　　　　ACTION
　　　　　　　　　　　　　　)
FERNANDO L. PINEDA　　　　)
　　　　　　Defendant

*************************************************

TO: Clerk's Office    MIAMI / FT. LAUDERDALE /  W. PALM BEACH
　　U.S. District Court　　(circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
　　　 MAGISTRATES COURT ABOVE
*************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 11-17-00    am/pm

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: PWID HEROIN

(4) U.S. Citizen [X] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 3-2-68

(6) Type of Charging Document: (check one)
　　[ ] Indictment  [ ] Complaint  To be filed/Already filed
　　Case# _____

　　[ ] Bench Warrant for Failure to Appear
　　[ ] Probation Violation Warrant
　　[ ] Parole Violation Warrant

　　Originating District: SD/FL

　　COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: _____   (9) Arresting Officer: _____

(10) Agency: DEA    (11) Phone: _____

(12) Comments: _____