COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Fernando Pineda (J)#            CASE NO: 00-4267-LSS
AUSA: Roger Powell                    ATTNY: FPD - Robert Berube
AGENT:                                VIOL:
PROCEEDING: PTD Hearing               BOND REC:
BOND HEARING HELD - yes/no            COUNSEL APPOINTED:
____ BOND SET @
CO-SIGNATURES: _Court finds Good Cause to_
SPECIAL CONDITIONS: _Continue._

_Pretrial Detention Hearing_
_Continued to future date._
_Defense Counsel will Contact_
_the Court to schedule_

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

NEXT COURT APPEARANCE:     DATE:           TIME:        JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. REMOVAL:   11-30-00        11:0a0m      BSS
STATUS CONFERENCE:
DATE: 11-22-00             TIME: 9:30am    TAPE # 00-092   PG # 3410-3886