UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6330 CR-HURLEY

21 USC § 846
21 USC § 841(a)(1)

MAGISTRATE JUDGE
VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FERNANDO PINEDA,

    Defendant.
_____/



FILED by _____ D.C.
NOV 30 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### INDICTMENT

The Grand Jury charges that:

#### COUNT ONE

Beginning on or about November 14, 2000, and continuing to on or about November 17, 2000, at Broward and Miami-Dade Counties, in the Southern District of Florida, the defendant,

FERNANDO PINEDA,

did knowingly and intentionally combine, conspire, confederate and agree with persons unknown to the Grand Jury to possess with intent to distribute in excess of 100 grams of a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

COUNT TWO

On or about November 17, 2000, at Broward and Miami-Dade Counties, in the Southern District of Florida, the defendant,

FERNANDO PINEDA,

did knowingly and intentionally possess with intent to distribute in excess of 100 grams of a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.** _____ |
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| FERNANDO PINEDA | **Superseding Case Information:** |

**Court Division:** (Select One)

New Defendant(s)   Yes ___   No ___
Number of New Defendants ___
Total number of counts ___

___ Miami  ___ Key West
_X_ FTL   ___ WPB  ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:        (Yes or No) NO
   List language and/or dialect _____

4. This case will take  _2_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I | 0 to 5 days | _X_ | Petty | ___ |
   | II | 6 to 10 days | ___ | Minor | ___ |
   | III | 11 to 20 days | ___ | Misdem. | ___ |
   | IV | 21 to 60 days | ___ | Felony | _X_ |
   | V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No) NO
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) YES
   If yes:
   Magistrate Case No. 00-4267-BSS
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of 11/20/00
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) NO

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No   If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

*Roger W. Powell*
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 341411

*Penalty Sheet(s) attached                                               REV 6/27/00

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

Defendant's Name:  FERNANDO PINEDA           No.: _____

Magistrate Case No.: 00-4267-BSS

**Count #:1**
Conspiracy to Possess with Intent to Distribute in excess of 100 grams of Heroin

Title 21, United States Code, Section 846

*Max. Penalty: 5 Years' Mandatory Minimum and 40 Years' Maximum Imprisonment; and a $2,000,000 fine

**Count #: 2**
Possession with Intent to Distribute in excess of 100 grams of Heroin

Title 21, United States Code, Section 841(a)(1)

*Max. Penalty: 5 Years' Mandatory Minimum and 40 Years' Maximum Imprisonment; and a $2,000,000 fine

**Count #:**


*Max. Penalty:

**Count #:**


*Max. Penalty:

**Count #:**


*Max. Penalty:

**Count #:**


*Max. Penalty:

1 of 1
***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96