COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Fernando Pineda (J)#  CASE NO: 00-6330-Cr-Hurley ~~00-4267-LSS~~
AUSA: Roger Powell *present*  ATTNY: FPD: Bob Berube
AGENT: ___  VIOL: ___
PROCEEDING: ~~Prelim/Arraignment~~ / Mot for expert summaries  BOND REC: ___
BOND HEARING HELD - yes/no  COUNSEL APPOINTED: ___
___ BOND SET @ ___

REC'D by ___ D.C.
DEC 0 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

CO-SIGNATURES: ___
SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

Reading of Indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

mot. granted

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: ___
STATUS CONFERENCE: 12-29-00  9:30  WPB  Duty/Hurwec

DATE: 11-30-00  TIME: 11:00am  TAPE # 00-___  PG # 4  13