ps

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6330-CR-HURLEY



UNITED STATES OF AMERICA,

    Plaintiff,

v.

FERNANDO PINEDA,

    Defendant.

_____/

### NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below.

Please send all notices and inquiries to this attorney at the address listed below.

            KATHLEEN M. WILLIAMS
            FEDERAL PUBLIC DEFENDER

            By: _____
               Martin J. Bidwill
               Assistant
               Federal Public Defender
               Attorney for Defendant
               Florida Bar No. 868795
               400 Australian Ave., Suite 300
               West Palm Beach, Florida 33401
               Telephone: (561) 833-6288
               Fax:(561) 833-0368

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed this ___4th___ day of December, 2000, to the United States Attorney's Office, 701 Clematis Street, West Palm Beach, Florida 33401.

_____
Martin J. Bidwill

S:\BIDWILL\MOTIONS\pineda.noa