UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6330-CR-HURLEY
Magistrate Judge Vitunac

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FERNANDO PINEDA,

    Defendant.

_____/



### DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE PRE-TRIAL MOTIONS

COMES NOW the defendant, by and through his undersigned attorney, and files his Motion For Extension of Time To File Pre-trial Motions, and states as follows:

1. The above-styled matter is currently set for status conference regarding a trial date before Judge Hurley on January 16, 2001.

2. Pre-trial motions are currently due on December 28, 2000.

3. The undersigned has not yet received the Government's Response To the Standing Discovery Order.

4. The undersigned intends to prepare and file a motion to suppress evidence on the defendant's behalf. Additional time is necessary to research and prepare the motion. Further, the undersigned needs the discovery to prepare the motion. AUSA Powell advised on December 26, 2000, that discovery was being sent out forthwith.

5. Pursuant to Local Rule 88.9, the undersigned has attempted to speak with AUSA Roger Powell about this motion but was unable to reach him.

WHEREFORE the defendant prays that the Court grant this motion and extend the time for filing pre-trial motions by thirty (30) days.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Martin J. Bidwill
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 868795
400 Australian Ave., North, #300
West Palm Beach, FL 33401
(561) 833-6288/833-0368(fax)

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 28th day of December, 2000, to Roger Powell, Assistant United States Attorney, 500 East Broward Boulevard, 7th Floor, Fort Lauderdale, Florida 33394.

_____
Martin J. Bidwill