UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6330-CR-HURLEY
Magistrate Judge Vitunac

01 JAN -3 AM 8:22
CLERK U.S. DIST. CT.
S.D. OF FLA. - WPB

UNITED STATES OF AMERICA,

Plaintiff,

v.

FERNANDO PINEDA,

Defendant.

_______________________________/

**ORDER**

THIS MATTER having come before the Court upon the Defendant's Motion For Extension of Time To File Pre-Trial Motions, and the Court having been fully advised, it is hereby ORDERED AND ADJUDGED that the motion is GRANTED. The defendant shall have an additional thirty (30) days within which to file pre-trial motions. dependent upon continuation of trial by Judge Hurley

DONE AND ORDERED this 2 day of ~~December~~ Jan, ~~2000~~ 2001, at West Palm Beach, Florida.

~~DANIEL T.K. HURLEY~~
UNITED STATES ~~DISTRICT~~ JUDGE / Mag

cc: Martin J. Bidwill, AFPD
Roger Powell, AUSA

