# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**   DATE: 01/04/2001   TIME: 9:30 AM

DEFT. FERNANDO PINEDA (J)   CASE NO. 00-6330-CR-HURLEY/VITUNAC
(Deft. not required)
AUSA. RICHARD BROWN ✓ / ROGER POWELL   ATTY. MARTY BIDWILL ✓ / FEDERAL PUBLIC DEFENDER

AGENT. INS   VIOL. 21:841(a)(1), 846

PROCEEDING: STATUS/DISCOVERY CONF.   BOND. TEMP. PRETRIAL DETENTION

DISPOSITION: Status/Discovery held
Parties present
Partial Discovery out — Defense needs final lab report.
Status Conf. set for 1/16/01 before Judge Hurley.
Likely Trial.

DATE: 1-4-2001   TAPE: AEV 01-1-3293