# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ DISTRICT OF _____FLORIDA_____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>       Plaintiff, | **NOTICE** |
| VS. | |
| FERNANDO PINEDA (J)#55553-004<br>     (Deft. required)<br>       Defendant. | CASE NUMBER: 00-6330-CR-HURLEY/VITUNAC |

TYPE OF CASE:

( ) **CIVIL**      (XX) **CRIMINAL**

(XX) TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE: | ROOM NO.: |
|---|---|
| UNITED STATES COURTHOUSE<br>701 CLEMATIS STREET<br>WEST PALM BEACH, FL. 33401 | ___COURTROOM #3___ (4TH FLOOR)<br>DATE AND TIME:<br>WEDNESDAY, 1-24-01 @ 9:30 AM |

TYPE OF PROCEEDING:

DETENTION HEARING

( ) TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE: | DATE/TIME PREVIOUSLY SCHEDULED: | CONTINUED TO, DATE AND TIME: |
|---|---|---|
| | | |

                                          ANN E. VITUNAC
                                  U.S. MAGISTRATE JUDGE

JANUARY 19, 2001
DATE                                     (BY) DEPUTY CLERK

TO:  MARTIN BIDWILL, AFPD
     UNITED STATES ATTORNEY (ROGER POWELL)
     UNITED STATES MARSHAL
     UNITED STATES PRETRIAL SERVICE