# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC** DATE: 01/24/2001    TIME: 9:30 AM

DEFT. FERNANDO PINEDA (5) #55553-004          CASE NO. 00-6330-CR-HURLEY/VITUNAC

AUSA. *Rolando Garcia* / ROGER POWELL          ATTY. *Martin Bidwill* / FEDERAL PUBLIC DEFENDER

AGENT.     DEA          VIOL. 21:841(a)(1), 846

PROCEEDING  DETENTION HEARING          BOND. PTD (REQUESTED BY GOVT)

DISPOSITION  Detention held

Deft present with counsel

Govt. Proffers Evidence

Witness: Robert P. Shinn - S/A DEA - sworn/test.

Defense Proffers Evidence

Court detains deft for risk of flight & danger

Written order to follow.

DATE: 1-24-01          TAPE: AEV 01-3 - 3602
                              01-4-1