UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6330-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FERNANDO PINEDA,

    Defendant.
_____/



### PRETRIAL DETENTION ORDER

The Court, pursuant to 18 U.S.C. §3142, commonly known as the Bail Reform Act of 1984, hereby **ORDERS** the Defendant, FERNANDO PINEDA, **DETAINED** pursuant to the provisions of Sections (e), (f).

The Court specifically finds that no conditions or combinations of conditions will reasonably assure the appearance of the Defendant as required and the safety of the community in that there is a serious risk that the Defendant will flee and/or a serious risk that the Defendant will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate a prospective witness or juror.

The Court makes the following findings of fact with respect to the Order for Detention:

    Factors:

    a)    The nature and circumstances of the offense charged, including whether the



offense is a crime of violence or involves a narcotic drug.

The Defendant, PINEDA, stands indicted in a two count Indictment with conspiracy to possess with intent to distribute in excess of 100 grams of heroin on November 14 through November 17, 2000, in Broward and Miami-Dade Counties. In Count Two of this Indictment the Defendant is charged with possession with intent to distribute in excess of 100 grams of heroin on November 17, 2000. If the Defendant is convicted, he faces a 5 year mandatory minimum up to 40 years in prison and a $2,000,000 fine as to each Count.

b)   The weight of the evidence against the Defendant.

The weight of the evidence against the Defendant is overwhelming. The Defendant was approached by law enforcement agents at the Hollywood Airport on November 17, 2000, because of his appearance and actions. Agents suspected him to be a body-carrier of drugs. After speaking with the Defendant and thereafter searching him, Agents found 1.9 pounds of heroin concealed in socks tucked in the Defendant's waistband. The Defendant admitted to having swallowed 150 pellets of heroin on November 14, 2000. He received these pellets of heroin from someone named Jorge in Medellin, Colombia. He was to deliver these pellets of heroin to Manhattan in New York. PINEDA made a statement that he was to be paid $10,000 for the delivery of this heroin.

c)   The history and characteristics of the Defendant.

The Defendant is 32 years old and lives with his father in Miami and on occasion lives with his mother in Colombia. The Defendant is unemployed. He has made 4 to 6 trips to Colombia within the past 2 years.

The Defendant claims to have been unemployed for the past year and prior to that

worked for 1 week as a security guard at the Wyndham Hotels. The Defendant proffered that he has a job waiting for him at the Tower House Condos on Miami Beach.

    d)    The nature and seriousness of the danger to any person or the community that would be posed by the Defendant's release.

This Defendant has a prior conviction in Italy for transporting heroin in 1996. Because of the Defendant's strong ties to Colombia and his lack of a stable employment history, this Court finds that the presumption of detention in this case has not been rebutted. He is ordered DETAINED.

IT IS HEREBY **ORDERED** that the Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

The Court also directs that the Defendant be afforded reasonable opportunity for private consultation with counsel; and the Court directs that, on order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the Defendant is confined deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

**DONE and ORDERED** in Chambers this 5 day of January, 2001, at West Palm Beach in the Southern District of Florida.

ANN E. VITUNAC
UNITED STATES MAGISTRATE JUDGE

Copies to:
AUSA - Rolando Garcia (WPB)
AUSA - Roger W. Powell (FTL)
AFPD - Martin J. Bidwill (WPB)
U.S. Marshal
U. S. Pretrial Services