# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
Plaintiff,

NOTICE

VS.

CASE NUMBER: 00-6330-CR-HURLEY/VITUNAC

FERNANDO PINEDA (J)#55553-004
(Deft. required)
Defendant.

TYPE OF CASE:

( ) **CIVIL**      (XX) **CRIMINAL**

(XX) TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE: | ROOM NO.: |
|---|---|
| UNITED STATES COURTHOUSE<br>701 CLEMATIS STREET<br>WEST PALM BEACH, FL. 33401 | COURTROOM #3   (4TH FLOOR)<br>DATE AND TIME:<br>TUESDAY, 2-27-2001 @ 10:00 AM |

TYPE OF PROCEEDING:

MOTION TO SUPPRESS PHYSICAL EVIDENCE AND STATEMENTS

( )TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE: | DATE/TIME PREVIOUSLY SCHEDULED: | CONTINUED TO, DATE AND TIME: |
|---|---|---|
| | | |

ANN E. VITUNAC
U.S. MAGISTRATE JUDGE

(BY) DEPUTY CLERK

JANUARY 30, 2001
DATE

TO: MARTIN BIDWILL, AFPD
    UNITED STATES ATTORNEY (ROGER POWELL)
    UNITED STATES MARSHAL
    UNITED STATES PRETRIAL SERVICE