# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC** DATE: 02/27/2001  TIME: 10:00 AM

DEFT. FERNANDO PINEDA (J) #55553-004  CASE NO. 00-6330-CR-HURLEY/VITUNAC

AUSA. ROGER POWELL ✓  ATTY. MARTIN BIDWILL, AFPD ✓

AGENT. DEA  VIOL. 21:841(a)(10, 846

PROCEEDING MOTION TO SUPPRESS PHYSICAL EVIDENCE & STATEMENTS  BOND. PRETRIAL DETENTION

DISPOSITION Motion to Suppress held

Deft present with counsel

Govt. present opening arguments

Defense Invokes the Rule

Witness: John Solek - BSO/U.S. Border Patrol Task Force - Sworn/Test

Witness: Robert P. Shinin - S/A DEA - sworn/test

Witness: Eduardo Santiago - FPD Staff Investigator - sworn/test

Witness: Fernando Pineda - Deft - sworn/test

Defense present closing arguments.

Defense exhibits 1-9 & 11-18 admitted into evidence

R&R to follow

DATE: 2-27-01  TAPE: AEV 01-12-1

Court Reporter - Brynn Dockstader - Swing/Fed.Gov