AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

USA v. FERNANDO PINEDA

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 00-6330 CR-DTKH/AEV

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| ANN E. VITUNAC | ROGER POWELL | MARTIN BIDWILL, AFPD |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| | BRYNN DOCKSTADER | SANDRA ACEVEDO |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 2-27-01 | ✓ | ✓ | COPY OF SUN-SENTINEL NEWSPAPER |
| | 2 | " | ✓ | ✓ | COPY OF NEW YORK TIMES NEWSPAPER |
| | 3 | " | ✓ | ✓ | PHOTOGRAPH OF FT. LAUDERDALE AIRPORT |
| | 4 | " | ✓ | ✓ | " |
| | 5 | " | ✓ | ✓ | " |
| | 6 | " | ✓ | ✓ | " |
| | 7 | " | ✓ | ✓ | " |
| | 8 | " | ✓ | ✓ | " |
| | 9 | " | ✓ | ✓ | " |
| | 11 | " | ✓ | ✓ | PHOTO OF DEFT |
| | 12 | " | ✓ | ✓ | PHOTO OF CARRY ON BAG |
| | 13 | " | ✓ | ✓ | PHOTO OF DEFT |
| | 14 | " | ✓ | ✓ | " |
| | 15 | " | ✓ | ✓ | " |
| | 16 | " | ✓ | ✓ | " |
| | 17 | " | ✓ | ✓ | PHOTO OF NARCOTICS |
| | 18 | " | ✓ | ✓ | " |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

30

NOV 18





# WEATHER

## Ask Steve Why

[illegible] year to go skiing. Will [illegible]

[illegible] and La Niña will not be a factor in the weather this winter, like they've been in previous seasons. Look for snowy [illegible] Northeast and [illegible] some of [illegible]

[illegible] P.O. Box [illegible] Flagler Dr., West Palm Beach, FL 3340[illegible]

Or E-mail: [illegible]@sun-sentinel.com

## 5-day FORECAST

| Day | High/Low |
|---|---|
| TODAY | 81/69 |
| SUNDAY | 84/68 |
| MONDAY | 81/63 |
| TUESDAY | 75/54 |
| WEDNESDAY | 73/52 |



## SURF & BEACH CONDITIONS

BOCA RATON 561-393-7989
BOYNTON BEACH 561-734-7989
DEERFIELD BEACH 954-480-4413
FT. LAUDERDALE 954-468-1597
HAULOVER BEACH 954-944-3040
HOLLYWOOD 954-921-3334

## TROPICAL FORECAST

Skies will be partly cloudy over the tropics, with a few widely scattered showers and thunderstorms over the islands. No significant tropical weather systems are in the forecast.

## POLLEN INDEX

39 MODERATE SCALE 0 - 201+
CAUSE: Oak trees

## SOUTH FLORIDA 24-HOUR FORECAST



## SOUTH FLORIDA WEATHER*

| CITY | YESTERDAY | TODAY | TOMORROW |
|---|---|---|---|
| Boca Raton | 83/62 | 84/70/s | 85/70/s |
| Boynton Beach | 85/63 | 84/70/s | 84/70/s |
| Coral Springs | 85/66 | 85/71/s | 84/71/s |
| Deerfield Beach | 84/70 | 84/70/s | 85/70/s |
| Delray Beach | 87/70 | 84/70/s | 85/70/s |
| Ft. Lauderdale | 86/67 | 82/69/ps | 86/66/ps |
| [illegible] | 87/65 | 83/70/s | 85/70/s |
| [illegible] | [illegible] | 81/73/s | 83/75/pc |
| [illegible] | [illegible] | 84/73/s | 83/70/s |
| [illegible] | [illegible] | 84/72/s | 83/73/s |
| [illegible] | [illegible] | [illegible] | 85/70/s |
| [illegible] | [illegible] | [illegible] | 83/70/s |
| [illegible] | [illegible] | [illegible] | 83/70/s |
| [illegible] | [illegible] | [illegible] | [illegible] |

| CITY | YESTERDAY | TODAY | TOMORROW |
|---|---|---|---|
| [illegible] | [illegible]/0.03 | 73/61/pc | 79/60/pc |
| Ft. Myers | 81/63/0.00 | 82/65/s | 80/68/s |
| Gainesville | 81/52/0.00 | 68/55/pc | 75/54/[illegible] |
| Jacksonville | 72/59/0.00 | 60/41/c | 72/51/ts |
| Naples | 79/64/0.00 | 85/69/s | 86/70/s |
| Orlando | 86/62/0.00 | 78/58/pc | 80/63/pc |
| Pensacola | 62/49/0.58 | 54/46/ts | 57/44/r |
| Tallahassee | 65/57/0.54 | 58/48/c | 63/48/ts |
| Tampa/St. Pete | 82/66/0.10 | 76/60/pc | 78/64/s |
| Vero Beach | 86/66/0.00 | 83/65/s | 86/67/c |

## SOUTH FLORIDA RAINFALL

| CITY | DAILY | MONTHLY | YEARLY |
|---|---|---|---|
| Coral Springs | 0.00" | 0.01" | 42.91" |
| Fort Lauderdale | 0.00" | 0.10" | 52.82" |
| Hollywood | 0.00" | 0.15" | 65.74" |
| Miami | 0.00" | 0.00" | 63.08" |
| Pompano Bch. | 0.00" | 0.18" | 46.73" |
| West Palm Bch. | 0.00" | 0.68" | 36.10" |

## RELATIVE HUMIDITY

7 A.M. 100 percent 7 P.M. 60 percent

## SOUTH FLORIDA BOATING CONDITIONS

| AREA | WIND | SPEED | SEAS | CONDITIONS |
|---|---|---|---|---|
| Jupiter Inlet to Key Largo | SW | 10-15 | 2-4 | Moderate chop |
| Key Largo to Dry Tortugas | SW | 10-15 | 2-4 | Moderate chop |
| Cape Sable to Tarpon Springs | SW | 10-15 | 2-4 | Moderate chop |

## TIDES TODAY

| | HIGH | | LOW | |
|---|---|---|---|---|
| Bahia Mar Y.C. | 1:14a | 1:57p | 7:51a | 8:34p |
| Boca Raton | 1:41a | 2:24p | 8:28a | 9:11p |
| Boynton Beach | 2:22a | 3:05p | 9:23a | 10:06p |
| Delray Beach | 2:39a | 3:22p | 9:24a | 10:07p |
| Hillsboro Inlet | 1:05a | 1:48p | 7:21a | 8:04p |
| Hollywood Beach | 1:56a | 2:39p | 8:22a | 9:05p |
| Lauderdale-by-Sea | 12:45a | 1:28p | 7:05a | 7:48p |
| Port Everglades | 12:43a | 1:31p | 7:05a | 7:48p |

## TIDES TOMORROW

| | HIGH | | LOW | |
|---|---|---|---|---|
| Bahia Mar Y.C. | 2:26a | 3:03p | 9:02a | 9:42p |
| Boca Raton | 2:53a | 3:30p | 9:39a | 10:19p |
| Boynton Beach | 3:34a | 4:11p | 10:34a | 11:14p |
| Delray Beach | 3:51a | 4:28p | 10:35a | 11:15p |
| Hillsboro Inlet | 2:17a | 2:54p | 8:32a | 9:12p |
| Hollywood Beach | 3:08a | 3:45p | 9:33a | 10:13p |
| Lauderdale-by-Sea | 1:57a | 2:34p | 8:16a | 8:56p |
| Port Everglades | 2:00a | 2:37p | 8:16a | 8:56p |

## UNITED STATES



| CITY | YESTERDAY | TODAY | TOMORROW | CITY | YESTERDAY | TODAY | TOMORROW |
|---|---|---|---|---|---|---|---|
| Albany, N.Y. | 49/38/0.00 | 39/25/s | 39/27/pc | Helena | 29/12/0.00 | 38/18/c | 37/13/pc |
| Albuquerque | 43/24/0.00 | 41/22/s | 47/27/s | Honolulu | 84/73/0.00 | 83/72/pc | 84/71/pc |
| Anchorage | 42/24/0.00 | 37/27/c | 37/27/i | Houston | 53/46/0.54 | 44/39/ts | 50/38/pc |
| Asheville | 48/41/0.03 | 44/29/pc | 42/31/r | Indianapolis | 31/27/0.00 | 37/25/pc | 39/24/pc |
| Atlanta | 49/45/0.27 | 48/34/sh | 47/38/sh | Jackson, MS | 46/45/0.00 | 44/38/r | 45/33/r |
| Atlantic City | 57/45/0.05 | 46/31/s | 48/32/pc | Juneau | 41/38/0.73 | 42/38/sh | 44/36/r |
| Austin | 48/44/0.13 | 43/36/r | 54/39/s | Kansas City | 35/16/0.00 | 36/22/s | 30/21/s |
| Baltimore | 58/36/0.00 | 46/30/s | 50/32/pc | Knoxville | 46/43/0.37 | 43/34/s | 41/32/sh |
| Baton Rouge | 61/45/0.17 | 50/44/ts | 53/41/r | Las Vegas | 51/34/0.00 | 57/36/s | 61/39/s |
| Billings | 29/19/0.00 | 40/20/c | 31/21/c | Lexington | 31/27/0.00 | 40/26/s | 39/27/pc |
| Birmingham | 47/46/0.13 | 49/37/r | 48/32/r | Little Rock | 43/33/0.00 | 47/30/c | 47/31/pc |
| Bismarck | 25/0/0.00 | 34/17/sn | 24/10/pc | Los Angeles | 69/46/0.00 | 73/49/s | 74/49/s |
| Boise | 29/17/0.00 | 36/18/pc | 41/21/pc | Louisville | 32/29/0.00 | 39/27/s | 36/25/s |
| Boston | 54/45/0.00 | 44/30/s | 44/30/pc | Memphis | 41/34/0.00 | 42/34/pc | 42/33/pc |
| Buffalo | 40/38/0.06 | 37/28/sn | 35/26/sn | Milwaukee | 29/27/0.00 | 35/25/sn | 34/23/sn |
| Burlington, VT | 45/40/0.03 | 36/25/pc | 35/25/pc | Montgomery | 53/50/0.22 | 51/43/ts | 51/35/r |
| Charleston, SC | 59/52/0.05 | 53/40/c | 55/41/sh | Mpls St. Paul | 23/22/0.00 | 28/23/sn | 27/16/sn |
| Charleston, WV | 39/38/0.00 | 39/28/pc | 40/28/na | Myrtle Beach | 57/55/0.00 | 54/37/pc | 55/41/sh |
| Charlotte | 53/44/0.28 | 50/33/pc | 48/35/sh | Nashville | 37/32/0.00 | 45/30/s | 43/31/sh |
| Cheyenne | 22/10/0.00 | 37/22/pc | 37/17/pc | New Orleans | 62/59/0.40 | 57/49/ts | 57/44/r |
| Chicago | 32/28/0.00 | 35/22/pc | 33/22/pc | New York | 54/47/0.00 | 45/34/s | 43/34/pc |
| Cincinnati | 32/29/0.00 | 39/25/pc | 39/25/s | Newark | 55/41/0.00 | 45/30/s | 44/33/pc |
| Cleveland | 37/32/0.06 | 36/28/pc | 36/27/pc | Norfolk | 57/49/0.03 | 47/31/[illegible] | 51/38/sh |
| Colorado Spg. | 36/9/0.00 | 32/15/pc | 38/18/pc | Okla. City | 43/23/0.00 | 36/22/c | 40/32/pc |
| Columbia, SC | 56/51/0.16 | 50/35/c | 52/38/sh | Omaha | 35/17/0.00 | 33/19/s | 27/15/s |
| Columbus, OH | 32/30/0.00 | 38/26/pc | 38/26/pc | Philadelphia | 56/43/0.00 | 45/31/s | 47/32/pc |
| Concord | 51/30/0.00 | 39/22/s | 37/24/pc | Phoenix | 63/42/0.00 | 64/40/s | 66/47/s |
| Dallas | 45/36/0.00 | 37/30/r | 48/32/s | Pierre, SD | 30/2/0.00 | 28/18/pc | 25/15/pc |
| Denver | 29/10/0.00 | 32/11/pc | 39/21/s | Pittsburgh | 35/34/0.00 | 36/25/pc | 38/27/pc |
| Des Moines | 30/19/0.00 | 32/21/pc | 29/19/s | Portland, ME | 54/40/0.00 | 43/26/s | 39/25/pc |
| Detroit | 39/34/0.00 | 37/27/sn | 35/25/c | Portland, Ore. | 48/28/0.00 | 49/30/s | 51/36/pc |
| Duluth | 24/19/0.00 | 25/17/sn | 25/13/sn | Providence | 55/45/0.00 | 54/30/s | 44/30/pc |
| El Paso | 58/39/0.00 | 50/25/r | 54/26/s | Raleigh | 54/49/0.08 | 47/31/pc | 50/34/sh |
| Evansville | 32/30/0.00 | 38/25/s | 42/28/na | Reno | 46/16/0.00 | 47/18/s | 51/22/s |
| Fairbanks | 12/2/0.00 | 29/15/c | 27/14/c | Richmond | 56/46/0.00 | 46/28/s | 50/32/sh |
| Fargo | 19/9/0.00 | 29/18/sn | 26/9/sn | Rochester, NY | 41/37/0.03 | 37/26/sn | 35/27/sn |
| Ft. Wayne | 33/29/0.00 | 36/24/pc | 35/25/pc | Sacramento | 59/32/0.00 | 62/37/s | 65/38/s |
| Grand Rapids | 33/31/0.05 | 35/25/sn | 34/25/c | Salt Lake City | 29/17/0.01 | 35/20/pc | 41/22/pc |
| Hartford | 54/39/0.00 | 43/25/s | 44/28/pc | San Antonio | 49/45/0.18 | 45/35/ts | 55/36/s |
| | | | | San Diego | 68/48/0.00 | 68/47/s | 72/48/s |
| | | | | San Francisco | 63/45/0.00 | 64/41/s | 66/44/s |
| | | | | Santa Fe | 39/18/0.00 | 37/12/pc | 43/22/pc |
| | | | | Savannah | 60/50/0.13 | 55/41/c | 55/44/sh |
| | | | | Seattle | 46/28/0.00 | 45/33/s | 47/36/pc |
| | | | | St. Louis | 34/26/0.00 | 38/27/s | 34/24/s |
| | | | | Syracuse | 46/42/0.02 | 35/26/sn | 36/27/sn |
| | | | | Tucson | 60/34/0.00 | 56/33/s | 60/32/s |
| | | | | Tulsa | 41/21/0.00 | 42/23/pc | 40/30/s |
| | | | | Wash. D.C. | 58/42/0.01 | 49/31/s | 50/32/pc |

## YESTERDAY'S NATIONAL EXTREMES

HIGH 87 Miami, Fla.
LOW -17 Craig, Colo.

## WORLD

| CITY | TODAY | CITY | TODAY |
|---|---|---|---|
| Algiers | 68/59/sh | Johannesburg | 78/58/ts |
| Amsterdam | 48/40/sh | Lisbon | 65/56/pc |
| Ankara | 65/38/s | London | 48/39/sh |
| Athens | 77/58/pc | Madrid | 60/44/pc |
| Bangkok | 88/78/pc | Moscow | 46/36/pc |
| Barcelona | 62/53/pc | New Delhi | 88/57/s |
| Beijing | 38/25/c | Oslo | 38/34/r |
| Beirut | 77/72/pc | Paris | 52/44/r |
| Belgrade | 67/46/r | Rome | 63/54/r |
| Berlin | 48/36/c | Seoul | 51/35/s |
| Budapest | 59/41/r | Singapore | 83/73/ts |
| Dublin | 44/39/sh | Stockholm | 39/35/r |
| Frankfurt | 48/36/pc | Sydney | 73/68/sh |
| Geneva | 44/38/pc | Taipei | 78/68/pc |
| Helsinki | 40/36/r | Tel Aviv | 75/52/pc |
| Hong Kong | 79/64/pc | Tokyo | 52/46/c |
| Istanbul | 68/54/s | Vienna | 55/41/r |
| Jerusalem | 74/48/pc | Warsaw | 53/37/c |

## CARIBBEAN

| CITY | TODAY | CITY | TODAY |
|---|---|---|---|
| Bridgetown | 86/80/pc | Nassau | 84/73/pc |
| Freeport | 81/69/pc | Port-au-Prince | 87/76/pc |
| Georgetown | 93/72/pc | St. Thomas | 88/74/r |
| Havana | 82/67/s | San Juan | 87/76/pc |
| Kingston | 89/76/s | Santo Domingo | 87/72/pc |

## LATIN AMERICA

| CITY | TODAY | CITY | TODAY |
|---|---|---|---|
| Acapulco | 84/70/pc | Mexico City | 73/55/pc |
| Bogota | 63/46/ts | Montevideo | 73/57/s |
| Buenos Aires | 74/52/s | Panama | 89/79/ts |
| Caracas | 88/73/ts | San Jose | 83/69/ts |
| Lima | 69/55/pc | Santiago | 80/54/pc |
| Managua | 91/69/pc | Sao Paulo | 72/61/ts |
| Manaus | 81/65/c | Tegucigalpa | 83/57/s |

## CANADA

| CITY | TODAY | CITY | TODAY |
|---|---|---|---|
| Calgary | 35/23/c | Regina | 21/7/sn |
| Edmonton | 30/24/c | St. Johns | 45/41/s |
| Halifax | 39/36/c | Toronto | 37/28/pc |
| Montreal | 36/28/c | Vancouver | 42/30/pc |
| Ottawa | 35/25/c | Winnipeg | 19/9/pc |

## SUNBURN INDEX

4 — Today's ultra-violet radiation risk for the South Florida area.

| Index | Level | Time to burn |
|---|---|---|
| 0-2 | MINIMAL | 60 minutes to burn |
| 3-4 | LOW | 45 minutes to burn |
| 5-6 | MODERATE | 30 minutes to burn |
| 7-10 | HIGH | 15 minutes to burn |
| 10+ | VERY HIGH | 10 minutes to burn |

## SUN & MOON

NOV. 18 — NOV. 25 — DEC. 3 — DEC. 11

Sunset tonight ........ 5:30 p.m.
Sunrise tomorrow ........ 6:42 a.m.
Moonrise tomorrow ........ 12:33 a.m.
Moonset today ........ 1:05 p.m.

LEGEND: c=cloudy, pc=partly cloudy, r=rain, f=fair, fg=fog, ts=thunderstorms, w=windy, i=ice, h=haze, s=sunny, sn=snow and sh=showers.

© 2000 Sun-Sentinel Company of South Florida

Weather page produced by WEATHER CENTRAL, Madison, Wisc.

dolphin carpet & tile

DEFENDANT'S EXHIBIT 1
00-6330-CR-DTKH

**ONLINE** Forecasts and conditions for 150 U.S. cities are available from The New York Times on the Web: www.nytimes.com

# Weather Report

Meteorology by Pennsylvania State University




## Metropolitan Forecast

**TODAY** ........ Partly sunny, cooler
High 46. Partly sunny skies will prevail across the region as an area of high pressure builds eastward from the Ohio Valley. Winds from the northwest at 10 to 15 miles an hour will direct cooler air into the Northeast.

**TONIGHT** ...... Remaining partly cloudy
Low 34. It will remain partly cloudy overnight with breezes from the west at around 10 miles an hour.

**TOMORROW** ...... Partial sunshine, cool
High 45. Partial sunshine will continue across the Northeast as the high slides off the Middle Atlantic coast and an area of weak low pressure crosses the western Great Lakes.

**MONDAY** ...... Mostly cloudy, still cool
Skies will become mostly cloudy as the weak low crosses the Northeastern states. Temperatures will remain cool, only peaking in the middle 40's.

**TUESDAY WEDNESDAY** ....... Cloudy, cold, breezy
Skies will be mostly cloudy, with possible snow showers, as a series of upper level disturbances passes over the area. Colder air will begin to infiltrate the region on Tuesday afternoon. Wednesday will be breezy and cold.




## Metropolitan Almanac

In Central Park, for the 16 hours ended at 4 p.m. yesterday

**Temperature**

Record high 71° (1953). 54° 1 p.m. Normal high 54. 45° 7 a.m. Normal low 41°. Record low 19° (1933). THU YESTERDAY. 4 p.m. 12 a.m. 8 a.m. 12 p.m. 4 p.m.

Avg. daily departure from normal this month ..... +0.4°
Avg. daily departure from normal this year ..... 0.3°

**Precipitation** (in inches)

Yesterday ..... 0.00 Snow
Record ..... 1.37 (1927) Since Oct. 1

*For the last 30 days*
Actual ..... 2.15
Normal ..... 4.05

*For the last 365 days*
Actual ..... 45.24
Normal ..... 47.21

**Air pressure**
High ..... 29.78 midnight
Low ..... 29.67 2 p.m.

**Humidity**
High
Low

**Heating degree days**
*An index of power use that tracks how far a day's mean temperature fell below 65°*
Yesterday
So far this month
So far this season (since July 1)
Normal to date for the season

**Air pollution**

| Primary pollutant | | Index | Good / Moderate / Unhealthful |
|---|---|---|---|
| New York City | S | 44 | |
| White Plains | O | 8 | |
| Hempstead | S | 16 | |
| Ft. Lee | P | 66 | |

*C ..... Carbon monoxide, P ..... Particulates, N ..... Nitrogen dioxide, S ..... Sulfur dioxide, O ..... Ozone*

**Reservoir levels** (New York City water supply)
Yesterday ..... 84%
Estimated normal ..... 70%

## Highlight: Temperature

Departure from normal high temperature today: +10° Above, +5°, 5°, 10°, 15° Below, 20°. Near normal.

Unseasonably cold air will cover much of the nation today as the jet stream dips southward from Canada. Thick cloud cover and precipitation will hold temperatures more than 20 degrees lower than normal across Texas.

## National Forecast

Unusually cold weather for mid-November will cover most areas from the interior West to the Atlantic Seaboard this weekend. The chill will moderate a bit today across the northern Rockies and northern Plains, however; a disturbance moving southeast from Saskatchewan will cause the coldest air mass of the season to spread across the Middle West and Northeast tomorrow and Monday.

Snow showers and a few heavier squalls will whiten areas near the eastern shores of the Great Lakes today. Farther to the east and south, dry but chilly weather will cover most of the Northeast and Ohio Valley.

A large swath of clouds and rain will cover much of the Southeast and Texas. The northern edge of the rain area will be mixed with snow and sleet from Texas to Alabama.

The Western States will be mainly dry. Strong winds, especially near mountain passes will cause blowing dust in the deserts of the Southwest.

**FOCUS: GLOOMY HIGHS** Despite the words that appear around the dials of many home barometers, high pressure does not necessarily mean fair weather. Early yesterday near Houston, the barometer was rising into the fair weather range as a steady rain fell. Most winter high pressure zones are essentially mounds of cold air. Yesterday's rain in Texas fell as moist air from the Gulf of Mexico glided over the chilly mound. The rising air currents caused moist air to cool, resulting in clouds and rain.

## Cities

High/low temperatures for the 24 hours ended at 4 P.M. yesterday, Eastern time, and precipitation (in inches) for the 18 hours ended at 1 p.m. yesterday. Expected conditions for today and tomorrow for U.S. cities; normal temperature range for this time of year for foreign cities.

C Clouds; F Fog; H Haze; I Ice; PC Partly cloudy; R Rain; Sh Showers; S Sun; Sn Snow; SS Snow showers; T Thunderstorms; Tr Trace; W Windy; – Not available

| N.Y.C. region | Yesterday | Today | Tomorrow |
|---|---|---|---|
| New York City | 54/ 45 0 | 46/ 36 PC | 45/ 33 PC |
| Bridgeport | 56/ 46 0 | 45/ 32 PC | 44/ 29 PC |
| Caldwell | 52/ 37 0 | 46/ 31 PC | 45/ 28 PC |
| Danbury | 52/ 39 0 | 41/ 30 PC | 40/ 27 PC |
| Islip | 55/ 44 0.01 | 45/ 33 PC | 44/ 30 PC |
| Newark | 56/ 41 0 | 47/ 33 PC | 46/ 30 PC |
| Trenton | 54/ 39 0 | 45/ 31 PC | 41/ 27 PC |
| White Plains | 54/ 43 0 | 43/ 31 PC | 42/ 28 PC |

| United States | Yesterday | Today | Tomorrow |
|---|---|---|---|
| Albany | 48/ 37 0 | 42/ 28 PC | 42/ 26 PC |
| Albuquerque | 41/ 25 0 | 41/ 24 PC | 47/ 22 W |
| Anchorage | 41/ 25 0 | 37/ 29 C | 37/ 21 C |
| Atlanta | 49/ 45 0.27 | 48/ 33 C | 43/ 37 R |
| Atlantic City | 57/ 45 0.05 | 48/ 34 PC | 49/ 33 PC |
| Austin | 51/ 42 0.13 | 43/ 38 R | 54/ 36 R |
| Baltimore | 57/ 36 0 | 46/ 31 PC | 49/ 25 PC |
| Baton Rouge | 61/ 46 0.20 | 47/ 44 R | 50/ 45 R |
| Billings | 28/ 19 0 | 38/ 21 C | 35/ 19 PC |
| Birmingham | 51/ 45 0.13 | 45/ 33 C | 47/ 35 R |
| Boise | 28/ 15 0 | 32/ 18 C | 35/ 20 C |
| Boston | 54/ 45 0 | 44/ 32 PC | 43/ 30 PC |
| Buffalo | 40/ 37 0.04 | 38/ 28 SS | 37/ 28 SS |
| Burlington | 45/ 36 0.01 | 35/ 27 C | 37/ 25 C |
| Casper | 20/ 12 0.02 | 26/ 2 S | 22/ 10 PC |
| Charleston, W.V. | 47/ 36 0 | 40/ 21 PC | 44/ 25 PC |
| Charlotte | 52/ 44 0.28 | 49/ 28 PC | 45/ 36 PC |
| Chattanooga | 48/ 44 0.17 | 45/ 28 PC | 46/ 37 R |
| Chicago | 32/ 28 0 | 32/ 20 PC | 36/ 25 C |
| Cincinnati | 33/ 28 0 | 36/ 25 PC | 40/ 26 PC |
| Cleveland | 37/ 31 0.01 | 37/ 25 PC | 38/ 27 C |
| Colorado Springs | 36/ 9 0 | 35/ 11 PC | 40/ 15 PC |
| Columbia, S.C. | 56/ 51 0.16 | 50/ 34 C | 48/ 37 R |
| Columbus | 36/ 30 0 | 38/ 25 PC | 39/ 26 PC |
| Concord, N.H. | 57/ 30 0 | 40/ 26 PC | 39/ 21 PC |
| Dallas-Ft. Worth | 44/ 34 0 | 39/ 34 C | 53/ 32 PC |
| Denver | 28/ 9 0 | 32/ 9 PC | 39/ 11 PC |
| Des Moines | 29/ 19 0 | 31/ 19 PC | 31/ 25 SS |
| Detroit | 38/ 34 0 | 35/ 28 SS | 39/ 25 SS |
| El Paso | 57/ 39 0 | 49/ 34 C | 54/ 25 PC |
| Fairbanks | 11/ 0 0 | 30/ 13 C | 29/ 16 C |
| Fargo | 21/ 7 0 | 29/ 14 C | 26/ 18 SS |
| Hartford | 54/ 39 0 | 44/ 28 PC | 43/ 25 PC |
| Honolulu | 81/ 73 0 | 83/ 72 S | 83/ 71 S |
| Houston | 53/ 46 0.47 | 45/ 43 R | 48/ 39 R |
| Indianapolis | 30/ 27 0 | 40/ 19 PC | 40/ 25 C |
| Jackson | 50/ 43 0 | 50/ 44 R | 39/ 35 R |
| Jacksonville | 72/ 59 0 | 60/ 48 Sh | 68/ 49 Sh |
| Kansas City | 34/ 14 0 | 39/ 19 PC | 43/ 26 PC |
| Key West | 84/ 69 0 | 82/ 73 PC | 85/ 75 PC |
| Las Vegas | 50/ 33 0 | 57/ 38 S | 59/ 36 W |
| Lexington | 36/ 27 0 | 41/ 20 PC | 44/ 28 PC |
| Little Rock | 43/ 32 0 | 47/ 28 C | 47/ 30 C |
| Los Angeles | 68/ 46 0 | 73/ 47 S | 74/ 49 S |
| Louisville | 34/ 28 0 | 47/ 21 PC | 45/ 29 PC |
| Lubbock | 43/ 25 0 | 30/ 25 PC | 44/ 18 PC |
| Memphis | 42/ 33 0 | 45/ 27 C | 50/ 33 C |
| Miami | 88/ 66 0 | 84/ 70 PC | 83/ 72 PC |
| Milwaukee | 29/ 27 0 | 33/ 22 C | 36/ 25 C |
| Minn.-St. Paul | 25/ 21 0 | 28/ 17 C | 30/ 24 Sn |
| Mobile | 60/ 46 0.06 | 53/ 41 R | 55/ 43 R |
| Nashville | 45/ 31 0 | 42/ 22 PC | 46/ 32 C |
| New Orleans | 63/ 51 0.24 | 53/ 49 R | 55/ 50 R |
| Norfolk | 56/ 48 0.03 | 51/ 35 PC | 45/ 35 R |
| Oklahoma City | 41/ 23 0 | 36/ 26 PC | 40/ 22 C |
| Omaha | 34/ 16 0 | 31/ 18 C | 30/ 21 C |
| Orlando | 86/ 63 0 | 76/ 59 PC | 82/ 63 PC |
| Philadelphia | 55/ 43 0 | 48/ 33 PC | 47/ 29 PC |
| Phoenix | 58/ 42 0 | 60/ 42 S | 61/ 40 S |
| Pittsburgh | 43/ 32 0 | 36/ 25 PC | 39/ 25 C |
| Portland, Me. | 54/ 39 0 | 43/ 29 PC | 39/ 24 PC |
| Portland, Ore. | 48/ 28 0 | 50/ 33 S | 50/ 33 S |
| Providence | 54/ 45 0 | 44/ 33 PC | 43/ 29 PC |
| Raleigh | 53/ 45 0.08 | 48/ 28 C | 45/ 33 R |
| Reno | 41/ 16 0 | 47/ 16 S | 50/ 18 S |
| Richmond | 55/ 46 0 | 49/ 28 PC | 48/ 27 C |
| Rochester | 41/ 37 0.03 | 35/ 27 SS | 35/ 27 C |
| Sacramento | 56/ 30 0 | 67/ 35 S | 65/ 37 S |
| Salt Lake City | 29/ 18 0 | 33/ 15 S | 34/ 19 PC |
| San Antonio | 51/ 44 0.18 | 45/ 40 R | 55/ 35 R |
| San Diego | 66/ 48 0 | 70/ 47 S | 74/ 48 S |
| San Francisco | 56/ 41 0 | 65/ 40 S | 67/ 41 S |
| San Jose | 59/ 36 0 | 67/ 35 S | 69/ 37 S |
| Seattle | 45/ 28 0 | 43/ 30 S | 43/ 31 S |
| Shreveport | 49/ 42 0 | 41/ 35 R | 52/ 36 C |
| Sioux Falls | 19/ 4 0 | 24/ 13 PC | 25/ 14 PC |
| Spokane | 28/ 8 0 | 33/ 22 C | 35/ 24 C |
| St. Louis | 34/ 24 0 | 40/ 22 PC | 43/ 27 PC |
| Syracuse | 46/ 35 0 | 37/ 28 SS | 38/ 26 C |
| Tampa | 82/ 66 0 | 77/ 60 C | 80/ 64 PC |
| Toledo | 39/ 30 0 | 38/ 21 PC | 39/ 28 C |
| Tucson | 59/ 33 0 | 62/ 33 PC | 64/ 31 S |
| Tulsa | 40/ 20 0 | 39/ 27 PC | 47/ 23 PC |
| Virginia Beach | 56/ 48 0.02 | 51/ 35 PC | 45/ 35 R |
| Washington | 57/ 42 0.01 | 47/ 33 PC | 46/ 29 PC |
| Wichita | 38/ 17 0 | 38/ 21 PC | 42/ 23 PC |
| Wilmington, Del. | 56/ 42 0 | 48/ 30 PC | 48/ 30 PC |

| Africa | Yesterday | Normal |
|---|---|---|
| Algiers | 59/ 48 0.75 | 66/ 56 |
| Cairo | 78/ 59 0 | 79/ 57 |
| Cape Town | 66/ 61 0.03 | 73/ 55 |
| Dakar | 87/ 75 0 | 86/ 73 |
| Johannesburg | 74/ 50 0 | 77/ 56 |
| Nairobi | 81/ 61 Tr | 73/ 56 |
| Tunis | 68/ 53 0 | 68/ 52 |

| Asia/Pacific | Yesterday | Normal |
|---|---|---|
| Auckland | 62/ 57 0.01 | 66/ 54 |
| Bangkok | 87/ 77 0 | 88/ 72 |
| Beijing | 44/ 25 Tr | 50/ 30 |
| Bombay | 94/ 72 0 | 90/ 73 |
| Damascus | 67/ 34 0 | 66/ 48 |
| Hong Kong | 69/ 63 0.24 | 73/ 64 |
| Jakarta | 91/ 75 0.39 | 88/ 73 |
| Jerusalem | 75/ 55 0 | 72/ 48 |
| Manila | 84/ 75 – | 88/ 72 |
| New Delhi | 86/ 54 0 | 82/ 52 |
| Riyadh | 64/ 61 Tr | 84/ 65 |
| Seoul | 46/ 39 0.35 | 52/ 32 |
| Shanghai | 50/ 46 0 | 63/ 46 |
| Singapore | 90/ 77 0.08 | 88/ 73 |
| Sydney | 77/ 64 0.31 | 73/ 61 |
| Taipei | 66/ 64 0.01 | 75/ 63 |
| Tehran | 50/ 41 0 | 63/ 43 |
| Tokyo | 52/ 46 0.20 | 61/ 43 |

| Europe | Yesterday | Normal |
|---|---|---|
| Amsterdam | 47/ 39 0.19 | 48/ 41 |
| Athens | 69/ 53 0 | 66/ 54 |
| Berlin | 39/ 36 Tr | 43/ 34 |
| Brussels | 44/ 37 0.20 | 48/ 39 |
| Budapest | 59/ 46 Tr | 46/ 37 |
| Copenhagen | 47/ 43 Tr | 43/ 36 |
| Dublin | 46/ 38 0.02 | 50/ 39 |
| Edinburgh | 44/ 32 Tr | 48/ 37 |
| Frankfurt | 46/ 32 0 | 46/ 37 |
| Geneva | 41/ 35 0.02 | 46/ 37 |
| Helsinki | 37/ 30 0 | 36/ 28 |
| Istanbul | 67/ 48 0 | 69/ 48 |
| Kiev | 45/ 39 0 | 39/ 32 |
| Lisbon | 60/ 48 0.08 | 63/ 52 |
| London | 49/ 32 0.09 | 48/ 39 |
| Madrid | 64/ 39 0.02 | 57/ 41 |
| Moscow | 39/ 32 0.79 | 32/ 25 |
| Nice | 60/ 54 1.67 | 63/ 46 |
| Oslo | 40/ 37 0.04 | 36/ 28 |
| Paris | 47/ 34 0.28 | 48/ 39 |
| Prague | 42/ 36 0 | 43/ 34 |
| Rome | 64/ 61 0.12 | 61/ 48 |
| St. Petersburg | 38/ 35 0.07 | 34/ 27 |
| Stockholm | 43/ 34 0 | 37/ 30 |
| Vienna | 58/ 46 0 | 43/ 34 |
| Warsaw | 45/ 28 0.35 | 43/ 34 |

| North America | Yesterday | Normal |
|---|---|---|
| Acapulco | 91/ 76 0 | 88/ 72 |
| Bermuda | 73/ 63 0 | 73/ 66 |
| Edmonton | 30/ 16 Tr | 32/ 12 |
| Guadalajara | 77/ 56 0 | 75/ 50 |
| Havana | 88/ 68 0 | 84/ 66 |
| Kingston | 91/ 77 0 | 88/ 75 |
| Martinique | 86/ 77 0.28 | 86/ 72 |
| Mexico City | 71/ 54 0 | 68/ 46 |
| Monterrey | 67/ 63 0 | 72/ 55 |
| Montreal | 44/ 39 0.04 | 41/ 28 |
| Nassau | 80/ 68 0 | 81/ 70 |
| Panama City | 90/ 73 0 | 88/ 73 |
| Quebec City | 40/ 32 0.12 | 37/ 26 |
| San Juan | 87/ 73 0 | 84/ 72 |
| Santo Domingo | 91/ 73 0 | 88/ 70 |
| St. Thomas | 87/ 77 0 | 86/ 73 |
| Toronto | 40/ 36 0.03 | 45/ 30 |
| Vancouver | 37/ 27 0 | 48/ 37 |
| Winnipeg | 18/ 10 0 | 30/ 12 |

| South America | Yesterday | Normal |
|---|---|---|
| Buenos Aires | 72/ 68 0 | 76/ 56 |
| Caracas | 86/ 73 – | 86/ 76 |
| Lima | 68/ 59 0 | 68/ 61 |
| Quito | 64/ 50 0 | 77/ 45 |
| Recife | 91/ 75 0.01 | 84/ 75 |
| Rio de Janeiro | 80/ 70 0 | 79/ 68 |
| Santiago | 86/ 48 0 | 79/ 48 |

## Recreational Forecast

### Sun, Moon and Planets

Last quarter Nov. 18; New Nov. 25; First quarter Dec. 3; Full Dec. 11, 4:03 a.m.

| | | | | | |
|---|---|---|---|---|---|
| Sun | RISE 6:47 a.m. | SET 4:36 p.m. | NEXT R 6:48 a.m. | | |
| Moon | S 1:04 p.m. | R 11:48 p.m. | NEXT S 1:39 p.m. | | |
| Jupiter | S 7:42 a.m. | R 5:04 p.m. | | | |
| Mars | R 2:42 a.m. | S 2:32 p.m. | | | |
| Saturn | S 6:48 a.m. | R 4:37 p.m. | | | |
| Venus | R 10:07 a.m. | S 7:00 p.m. | | | |

### Boating

*From Montauk Point to Sandy Hook, New Jersey, out to 20 nautical miles, including Long Island Sound and New York Harbor*

Winds from the west at 15 to 20 knots. Visibility of 5 miles or more. Wave heights will be 2 to 3 feet on the Sound, 5 to 7 feet on the ocean.

### High Tides

| | | |
|---|---|---|
| The Battery | 1:20 a.m. | 1:47 p.m. |
| Bridgeport | 3:48 a.m. | 4:12 p.m. |
| City Island | 4:31 a.m. | 4:60 p.m. |
| Fire Island Lt. | 1:20 a.m. | 1:47 p.m. |
| Montauk Point | 12:39 a.m. | 12:69 p.m. |
| Northport | 4:10 a.m. | 4:34 p.m. |
| Port Washington | 4:21 a.m. | 4:30 p.m. |
| Sandy Hook | 12:47 a.m. | 1:04 p.m. |
| Shinnecock Inlet | 1:16 a.m. | 1:31 p.m. |
| Stamford | 4:11 a.m. | 4:36 p.m. |
| Tarrytown | 3:11 a.m. | 3:10 p.m. |
| Willets Point | 4:19 a.m. | 4:37 p.m. |

## Mountain and Ocean Temperatures

Today's forecast
Whiteface 32/20 Mostly cloudy, flurries
Green 32/20 Mostly cloudy, flurries
Adirondacks 33/19 Snow showers
Berkshires 35/21 Partly sunny skies
Catskills 35/21 Partly sunny
Poconos 37/21 Partly sunny
Southwest Pa. 38/20 Partly sunny
West Virginia 39/20 Partly sunny
Blue Ridge 38/23 Mostly sunny

Partial sunshine will prevail from eastern New England southward to Blue Ridge mountains today as pressure builds eastward from the Ohio Valley. Farther north, clouds ...

DEFENDANT'S EXHIBIT 2
00-6330-CR-DTKH



DEFENDANT'S EXHIBIT

11




DEFENDANT'S
EXHIBIT
12




DEFENDANT'S
EXHIBIT
13



DEFENDANT'S EXHIBIT 14



DEFENDANT'S
EXHIBIT
15



DEFENDANT'S EXHIBIT 16




DEFENDANT'S
EXHIBIT
17




DEFENDANT'S
EXHIBIT
18