

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6330-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FERNANDO PINEDA,

    Defendant.

_____/



### DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY

COMES NOW the defendant Fernando Pineda, by and through his undersigned attorney, and files his Notice of Supplemental Authority, providing additional authority upon which the defendant relies in support of his motion to suppress, copies of which were provided to the Court at the hearing on the motion:

(1) *United States v. Guapi*, 144 F.3d 1393 (11th Cir. 1998)(finding bus search violated Fourth Amendment in part because police officers did not advise passenger of right not to consent to search);

(2) *United States v. Washington*, 151 F.3d 1354 (11th Cir. 1998)(finding bus search violated Fourth Amendment noting that "[a]bsent some positive indication that they were free not to cooperate, it is doubtful a passenger would think he or she had the choice to ignore the police presence.");

31

(3) *United States v. Drayton*, 231 F.3d 787 (11th Cir. 2000) (finding consent to search invalid in the absence of some positive indication that such consent could be refused, relying on *Washington*);

(4) Report and Recommendation of United States Magistrate Judge Lurana S. Snow, dated November 30, 2000, in the case of the *United States v. Francisco Perez*, 00-6197-CR-FERGUSON, wherein the Court recommended suppression of evidence seized at the Fort Lauderdale airport by the Broward Domestic Interdiction Unit. Judge Ferguson later adopted the report and recommendation.

> Respectfully submitted,
>
> KATHLEEN M. WILLIAMS
> FEDERAL PUBLIC DEFENDER
>
> By:  
> Martin J. Bidwill
> Assistant Federal Public Defender
> Attorney for Defendant
> Florida Bar No. 868795
> 400 Australian Avenue North, #300
> West Palm Beach, FL 33401
> Telephone: (561) 833-6288
> Fax: (561) 833-0368

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 5th day of March, 2001, to Assistant United States Attorney Roger Powell, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

*Martin J. Bidwill*
Martin J. Bidwill