UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6330-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FERNANDO PINEDA,

    Defendant.

_____/



### DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE

    COMES NOW the defendant Fernando Pineda, by and through his undersigned attorney, and files his Unopposed Motion For Continuance, and states as follows:

1. This case is set for trial on the Court's April trial calendar with a calendar call of March 23, 2001. This is the first trial setting in this case.

2. On March 5, 2001, United States Magistrate Judge Ann E. Vitunac issued a Report and Recommendation wherein she recommends that the Court deny the defendant's Motion To Suppress. The defendant has filed a motion seeking until April 2, 2001, to file objections to the report as the undersigned is awaiting preparation of a transcript.

3. The undersigned now moves for continuance of the trial date to allow for resolution of the potentially dispositive motion to suppress.



4. The undersigned has discussed this motion with Assistant United States Attorney Roger Powell and he has advised that the United States has no objection to the Court granting the motion.

WHEREFORE the defendant prays that this Court grant this motion and continue the trial of this cause.

                              Respectfully submitted,

                              KATHLEEN M. WILLIAMS
                              FEDERAL PUBLIC DEFENDER

By: _____
Martin J. Bidwill
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 868795
400 Australian Ave., North, #400
West Palm Beach, Florida 33401
(561) 833-6288/833-0368(fax)

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 8th day of March, 2001, to Assistant United States Attorney Roger Powell, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

_____
Martin J. Bidwill

2