UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6330-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FERNANDO PINEDA,

    Defendant.

_____/

### DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO MAGISTRATE JUDGE'S REPORT & RECOMMENDATION

COMES NOW the defendant Fernando Pineda, by and through his undersigned attorney, and files his Unopposed Motion For Extension of Time To File Objections To Magistrate Judge's Report & Recommendation, and states as follows:

1. On March 5, 2001, United States Magistrate Judge Ann E. Vitunac issued a Report and Recommendation wherein she recommends that the Court deny the defendant's Motion To Suppress.

2. The defendant was served with the report on March 5, 2001, and pursuant to 28 U.S.C. § 636(b)(1)(C), has until March 19, 2001, within which to file objections to the report.

3. The defendant intends to file objections to the report but needs a transcript of the evidentiary hearing to prepare the objections. Upon obtaining the signature of the Chief Assistant

Federal Public Defender in Miami (probably on March 9, 2001), the transcript will be officially ordered. The undersigned has requested seven day service.

4. Because additional time is needed to obtain the transcript, and then to prepare the objections after obtaining the transcript, the defendant respectfully requests an additional ten business days within which to file the objections. If this request is granted, the objections would be due on April 2, 2001. The defendant is filing a motion for continuance of the April 2, 2001, trial date to allow for resolution of the motion to suppress.

5. The undersigned has discussed this motion with Assistant United States Attorney Roger Powell and he has advised that the United States has no objection to the Court granting the motion.

WHEREFORE the defendant prays that this Court grant this motion and allow the defendant until April 2, 2001, within which to file objections to the Magistrate Judge's Report.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Martin J. Bidwill
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 868795
400 Australian Ave., North, #400
West Palm Beach, Florida 33401
(561) 833-6288/833-0368(fax)

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 8th day of March, 2001, to Assistant United States Attorney Roger Powell, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

Martin J. Bidwill