Case 0:00-cr-06330-DTKH  Document 35  Entered on FLSD Docket 03/14/2001  Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6330-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FERNANDO PINEDA,

    Defendant.

_____/



FILED by ___ D.C.
MAR 14 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER

THIS MATTER having come before the Court upon the Defendant's Unopposed Motion For Extension of Time to File Objections to the Magistrate Judge's Report and Recommendation, and the Court having been fully advised, it is hereby ORDERED AND ADJUDGED that the motion is GRANTED. The defendant shall have until April 2, 2001, within which to file objections to the Report and Recommendation.

DONE AND ORDERED this 13th day of March, 2001, at West Palm Beach, Florida.

_____
DANIEL T.K. HURLEY
UNITED STATES DISTRICT JUDGE

cc:    Martin J. Bidwill, AFPD
        Roger Powell, AUSA

