UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6330-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FERNANDO PINEDA,

    Defendant.

_____/

**ORDER** *DENYING MOTION TO CONTINUE*

THIS MATTER having come before the Court upon the Defendant's Unopposed Motion For Continuance, and the Court having been fully advised, it is hereby ORDERED AND ADJUDGED that the motion is ~~GRANTED~~ *DENIED*. ~~The case is reset for trial as follows~~_____.

DONE AND ORDERED this _17_ day of March, 2001, at West Palm Beach, Florida.

                                              DANIEL T.K. HURLEY
                                              UNITED STATES DISTRICT JUDGE

cc:    Martin J. Bidwill, AFPD
        Roger Powell, AUSA