1

```
                UNITED STATES DISTRICT COURT

                SOUTHERN DISTRICT OF FLORIDA

                 WEST PALM BEACH DIVISION


UNITED STATES OF AMERICA,    .   CASE 00-6330-CR  Hurley
                             .
         PLAINTIFF,          .   WEST PAL[M BEA]CH, FLORIDA
                             .   FEBRUAR[Y ... 20]01
    V.                       .
                             .
FERNANDO PINEDA,             .
                             .
         DEFENDANT.          .

. . . . . . . . . . . . . . .




                     TRANSCRIPT OF M[OTION]

                     BEFORE THE HONORABLE

                       MAGISTRATE JUDGE




                           - - - - -

                     PAGES 1 THROUGH 100

                           - - - - -



                                         Original ------
                                         Copy     ------




                      BRYNN DOCKSTADER, RMR
                         (305) 523-5635
```

Handwritten annotations: "After Scanning", "Please send to WPB"

