UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6330CR HURLEY
Magistrate : Vitunac

UNITED STATES OF AMERICA

V.

FERNANDO PINEDA
    Defendant.
_____/

### NOTICE OF APPEARANCE

The Clerk of the Court, Criminal Division, United States District Court, Southern District of Florida will please enter Appearance of the undersigned attorney on behalf of the Defendant with reference to the above-entitled cause.

The Clerk will send notice of all future court dates and correspondence to the undersigned attorney.

DATED: **This 14th day of May, 2001**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance has been furnished to Office of the United States Attorney, 500 N. Australian Avenue, Suite 400, West Palm Beach, FL 33401 and Martin Bidwill, Office of the Federal Public Defender, 300 Australian Avenue, Suite 300, West Palm Beach, FL 33401 by U.S. Mail on May 14, 2001.

GREGG S. LERMAN, P.A.
330 Clematis Street, Suite 209
West Palm Beach, FL 33401
(561) 832 - 5770
ATTORNEY FOR PLAINTIFF

GREGG LERMAN, ESQUIRE
FLORIDA BAR NO: 510963

NON-COMPLIANCE OF S.D. fla. L.R. 5.1/A/