ps

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6330-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

        Plaintiff,

v.

FERNANDO PINEDA,

        Defendant.

_____/



## MOTION FOR TERMINATION OF APPOINTMENT OF COUNSEL

The Federal Public Defender respectfully moves that her appointment as counsel for the Defendant, Fernando Pineda, be terminated as the Defendant has retained Gregg Lerman, Esquire, 330 Clematis Street, Suite 209, West Palm Beach, FL 33401, to represent him in this proceeding, and said attorney has filed a written notice of appearance.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Martin J. Bidwill
  Assistant
Federal Public Defender
Florida Bar No. 868795
Attorney for Defendant
400 Australian Avenue N., Ste. 300
West Palm Beach, FL 33401
Telephone: (561) 833-6288
Fax: (561) 833-0368

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 23rd day of May, 2001, the United States Attorney's Office, 701 Clematis Street, West Palm Beach, FL 33401; and to Gregg Lerman, Esquire, 330 Clematis Street, Suite 209, West Palm Beach, FL 33401.

_____
Martin J. Bidwill