ps

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6330-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FERNANDO PINEDA,

    Defendant.
_____/

**ORDER TERMINATING APPOINTMENT OF COUNSEL**

It appearing to the Court that the Defendant, Fernando Pineda, has retained Gregg S. Lerman, Esquire, to represent him in this proceeding, it is accordingly,

ORDERED AND ADJUDGED that the Federal Public Defender's motion for termination of appointment as counsel is **GRANTED** and that she is relieved of further duties in this cause.

DONE AND ORDERED this 24 day of May, 2001, at West Palm Beach, Florida.

*[handwritten: Conditioned upon no trial delay. /TKH/]*

_____
Daniel T.K. Hurley
United States District Court Judge *[handwritten: Magistrate]*

cc: Martin J. Bidwill, AFPD
    Gregg Lerman, Esquire
    U.S. Attorney's Office/WPB