# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. _00-6330-CR- Hurley (Paine)_

vs.

SIP

Fernando Pineda GJ
USM # 55553-004   (SS)

## MINUTES - CHANGE OF PLEA

On __6/21/01__ the above named defendant appeared in person before the Honorable
JAMES C. PAINE , United States District Judge, with __Gregg Stuart Lerman__
counsel, appointed by the Court/retained by the defendant, and said defendant stated in open Court that he/she
desired to withdraw his plea of Not Guilty heretofore entered and desired to enter a plea of Guilty to
Count(s)_____/_____of the Indictment/~~Information~~.

After the defendant was duly sworn, the Court made inquiry as to guilt. The Court being satisfied there was a
factual basis for the plea, accepted the plea of Guilty and found the defendant guilty as charged.

_____

**Whereupon:**

( )  The Court proceeded to pronounce sentence.  (See separate J & C)

( x )  The Court postponed sentencing until __10/12/01 at 9.30 AM__
       before Judge Hurley in WPBeach
       (  ) The defendant is allowed to remain on present bond until then.

       (  ) The defendant is remanded to the custody of the U.S. Marshal
            until a bond in the amount of _____ is posted.

       (X) The defendant is remanded to the custody of the U.S. Marshal
            until sentencing.

       ( X ) Presentence Investigation Report Ordered.

Counts ___2___ to be dismissed upon motion of the U.S. Attorney at time of sentencing.

Swing
Court Reporter __Patricia Sanders__                AUSA _Bruce T. Brown for_
                                                        _Roger W. Powell_
Courtroom Deputy __Svava Ringheim__                Agent _____

U.S. Marshal _Lynn Navittky & Pau_                 Probation __NONE__

Interpreter ___none___