UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6330-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FERNANDO PINEDA,

    Defendant.
_____/



FILED by _____ D.C.
JUL - 2 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### ORDER ON MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** is before the court upon the report and recommendation of a United States Magistrate Judge as to defendant's motion to suppress evidence and statements [DE 22]. Upon consideration of the report and recommendation and in accordance with *28 U.S.C. §636(B)(1)(c)*, it is

**ORDERED** and **ADJUDGED**:

1. The Magistrate Judge's report and recommendation [DE __] is **adopted**.

2. The defendant's motion to suppress evidence and statements [DE 22] is **denied**.

**DATED** and **SIGNED** in Chambers at West Palm Beach, this _29th_ day of _June_, 2001.

Daniel T. K. Hurley
United States District Judge

**copy furnished:**
AUSA Roger Powell
AFPD Martin Bidwell