UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
FLORIDA

CASE NO.: 00-6330 CR HURLEY

UNITED STATE OF AMERICA

VS.

FERNANDO PINEDA
  (DEFENDENT)

## MOTION TO APPEAL SENTENCE

I WOULD LIKE VERY MUCH TO APPEAL MY SENTENCE AS SOON AS POSSIBLE AND I'M REQUESTING A PUBLIC DEFENDER, HOW YOUR HONOR ADVICED IN THE DAY OF COURT.

SINCERELY

*Fernando Pineda*

OCT-15-2001