**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case Number: ~~98-8016~~ 00-6330 -CR-HURLEY

UNITED STATES OF AMERICA,
         Plaintiff

v.

FERNANDO PINEDA,
         Defendant

_____/

**NOTICE OF APPEAL**

Filed

*mer*

Non-Compliance with
FRAP 4 (b)

OCT 19 2001

West Palm Beach Clerk's Office

     Notice is hereby given that FERNANDO PINEDA, defendant above named, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgement and sentence entered in this action on the 12th day of October, 2001.

                              GREGG S. LERMAN, ESQUIRE
                              FL Bar No. 0410963
                              330 Clematis Street, Suite 209
                              West Palm Beach, FL  33401
                              (561) 832-5770


**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true copy of the foregoing was furnished to Roger Powell, Asst. United States Attorney, 500 east Broward Boulevard, 7th Floor, Ft. Lauderdale, Florida 33301 this 19th day of October, 2001.

                              GREGG S. LERMAN, ESQUIRE
                              FL Bar No. 0410963
                              330 Clematis Street, Suite 209
                              West Palm Beach, FL  33401
                              (561) 832-5770