UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6330-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,
    Plaintiff,

v.

FERNANDO PINEDA,
    Defendant.

------------------------------------------/



FILED by _____ D.C.

DEC - 6 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### ORDER OF REFERRAL TO UNITED STATES MAGISTRATE JUDGE

**THIS MATTER** is before the court upon motion filed by the above named defendant to be declared indigent for purpose of appeal and for appointment of appellate counsel. In accord with 11th Cir. R. Addendum Four, 11th Cir. Plan Under the Criminal Justice Act (b)(2), this court is required to conduct an <u>in camera</u> evidentiary hearing to determine whether appellant is indigent and financially unable to retain counsel for his appeal. The court is further required to inquire of appellant (and if necessary, of his counsel and anyone else involved in the payment of counsel's fees) as to his present financial circumstances. Such inquiry should cover the amount paid to retained counsel for fees and expenses and the amount, if any, still owing to counsel. The district court shall determine whether the fees counsel received were in excess of what would constitute a reasonable fee under the circumstances and submit its findings of fact and conclusions of law and a copy of the transcript of the <u>in camera</u> proceedings to the appellate court. For that reason, it is

    **ORDERED** and **ADJUDGED**:

    1. The motion is referred to United States Magistrate Judge Ann E. Vitunac for proposed findings and recommended disposition. The Magistrate shall conduct an <u>in camera</u> evidentiary



hearing and provide the court with a recommended disposition.

    2. Counsel shall send copies of all relevant pleadings and filings directly to the above referenced Magistrate Judge when filed with the court.

    **DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this ___5th___ day of December, 2001.

**copy furnished:**
Magistrate Judge Ann E. Vitunac
AUSA Roger Powell
Gregg S. Lerman, Esq.

                                                Daniel T. K. Hurley
                                                United States District Judge