UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6330-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA

    Plaintiff,

VS.

FERNANDO PINEDA (J)#55553-004

    Defendant.

## NOTICE OF HEARING

TYPE OF CASE:  ( ) **CIVIL**    (XX) **CRIMINAL**

(XX) TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

PLACE:
UNITED STATES COURTHOUSE
701 CLEMATIS STREET
WPB, FL. 33401

ROOM NO.:
COURTROOM #3    (4TH FLOOR)
DATE AND TIME:
**TUESDAY, 12-18-01 @ 9:30 AM**

TYPE OF PROCEEDING:
**IN CAMERA EVIDENTIARY HEARING TO DETERMINE WHETHER DEFENDANT IS INDIGENT AND UNABLE TO RETAIN COUNSEL FOR HIS APPEAL**

( ) TAKE NOTICE that the proceeding in this case has been continued as indicated below:

PLACE:           DATE/TIME PREVIOUSLY SCHEDULED:          CONTINUED TO, DATE AND TIME:

ANN E. VITUNAC
U.S. MAGISTRATE JUDGE

(BY) DEPUTY CLERK

DATE: DECEMBER 12, 2001

TO: GREGG LERMAN, ESQUIRE
    UNITED STATES ATTORNEY (ROGER POWELL)
    UNITED STATES MARSHAL