UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6330-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,
    Plaintiff,

VS.

FERNANDO PINEDA   (J)#55553-004
    Defendant.
_____/



## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO:   WARDEN of FEDERAL DETENTION CENTER, MIAMI

      UNITED STATES MARSHAL
      WEST PALM BEACH, FLORIDA

    It appearing that defendant in the above case, **Fernando Pineda, USM#55553-004**, is confined at Federal Detention Center, Miami, Florida, and that this case is set for an In Camera Evidentiary Hearing at **9:30 A.M. on December 18, 2001, in Courtroom 3, Fourth Floor at the United States Courthouse, 701 Clematis Street, West Palm Beach, Florida 33401,** and that it is necessary for said defendant to be before this Court for said proceeding.

    NOW, THEREFORE, this is to command you, United States Marshal, that you have the body of the said Fernando Pineda, Prisoner No. #55553-004 now detained in custody as aforesaid, under safe and secure conduct, before this Court at the **U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida, 33401 by or before 9:30 A.M. on December 18, 2001,** and upon completion of proceeding that you return subject with all convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.

    This is also to command you, the Warden of Federal Detention Center, Miami, Florida, to deliver into the custody of the United States Marshal, upon production to you of a certified copy of this writ, the body of the said defendant for safe and secure conduct to this district for the purpose aforesaid.

CASE NO. 00-6330-CR-HURLEY/VITUNAC

USA VS. FERNANDO PINEDA

DONE AND ORDERED in West Palm Beach, Florida, this _____12_____ day of ___December___, 2001.

_____
ANN E. VITUNAC
UNITED STATES MAGISTRATE JUDGE

Copies provided to:

Honorable Daniel T.K. Hurley
Roger Powell, AUSA
Gregg Lerman, Esquire
U.S. Marshal (3 certified copies)
Chief Probation Officer
Warden, Federal Detention Center, Miami, Florida