UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6330-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

FERNANDO PINEDA,
    Defendant.
_____/



## ORDER GRANTING MOTION AND APPOINTING APPELLATE COUNSEL

    **THIS MATTER** come before the court upon motion from the above named defendant to be declared indigent for purpose of appeal and for appointment of appellate counsel. The court conducted an *in camera* hearing, pursuant to 11th Cir. R. Addendum Four, 11th Cir. Plan Under the Criminal Justice Act (b)(2), to determine whether defendant-appellant is indigent and financially unable to retain counsel for his appeal. Based on those findings, it is

    **ORDERED** and **ADJUDGED** as follows:

    1. The motion for appointment of Appellate Counsel is **granted**.

    2. Gregg Lerman, Esq., having represented the defendant during the trial proceedings is hereby relieved of any further responsibilities and instructed to deliver the case file to the below named appellate counsel.

    3. The Office of the Federal Public Defender, 400 Australian Avenue North, Suite 300, West Palm Beach, FL 33401, is appointed for appellate purposes.

    **DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this _____ day of January, 2002.

                                         Daniel T. K. Hurley
                                         United States District Judge

**copy furnished:**
Court of Appeals, 11th Circuit
AUSA Roger Powell
Gregg Lerman, Esq.
Office of the Federal Public Defender/West Palm Beach, FL