UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket No. |
| | ) | 00-6330-Cr-HURLEY |
| Plaintiff, | ) | |
| | ) | West Palm Beach, Fl |
| v. | ) | October 12, 2001 |
| | ) | 10:30 a.m. |
| FERNANDO PINEDA, | ) | |
| | ) | |
| Defendant. | ) | |

TRANSCRIPT OF SENTENCE HEARING
BEFORE THE HONORABLE DANIEL T.K. HURLEY

APPEARANCES:

For the Government:   ROGER POWELL, Assistant U.S. Attorney.

For the Defendant:    GREGG LERMAN, ESQ.

Court Reporter:       Pauline A. Stipes, CSR, RPR, RMR
                      United States Courthouse
                      West Palm Beach, FL  33401

Pauline A. Stipes
Official Court Reporter