UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-CR-6330-Hurley

FILED by ☒ D.C.
CT. REP.
MAR 2 6 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

THE UNITED STATES OF AMERICA,
                    Plaintiff

VS.

FERNANDO PINEDA,
                Defendant

Rec. - 3/29/02
WPB

- - -

PLEA TAKEN 6-21-01

BEFORE THE HONORABLE JAMES C. PAINE

UNITED STATES DISTRICT JUDGE

- - -

APPEARANCES:

FOR THE GOVERNMENT:

BRUCE BROWN, A.U.S.A.
United State's Attorney's Office

FOR THE DEFENDANT:

GREGG S. LERMAN, ESQ.
on behalf of Fernando Pineda

REPORTED BY:
PATRICIA SANDERS, RPR

Proceedings recorded by mechanical stenography, transcript produced by computer aided transcription.

PATRICIA W. SANDERS, OFFICIAL COURT REPORTER
(305) 523-5654