**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF FLORIDA
701 CLEMATIS STREET
WEST PALM BEACH, FLORIDA 33401

CLARENCE MADDOX,
CLERK OF COURT

Date: **April 3, 2002**

**Clerk, United States Court of Appeals**
**Eleventh Circuit**
56 Forsyth Street, N. W.
Atlanta, GA. 30303

IN RE: District Court No: 00-6330-CR-DTKH

Appeal Court No: 01-15979-G

Style: USA V. PINEDA

## CERTIFICATE OF READINESS OF RECORD ON APPEAL

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

1 Volume(s) of pleadings;

3 Volume(s) of transcripts;

X Exhibits: ____ boxes; ____ folders;
____ envelopes; ____ other;
1 PSIs (sealed)

X Other: One (1) expandable w/DE#39

Sincerely,

CLARENCE MADDOX, , Clerk of Court

By: Marjorie Q. Roberts
Deputy Clerk

Attachment
C: Court file

71/MRK

AEV CLOSED
APPEAL

U.S. District Court
Southern District of Florida (FtLauderdale)

CRIMINAL DOCKET FOR CASE #: 00-CR-6330-ALL

USA v. Pineda Filed: 11/30/00

Other Dkt # 0:00-m -04267

Case Assigned to: Judge Daniel T. K. Hurley

FERNANDO PINEDA (1) , DOB:
3/21/68 PRISONER# 55553-004
defendant
[term 10/18/01]

Robert Norman Berube
[term 12/04/00]
FTS 356-7556
[COR LD NTC pda]
Public Defender
[term 10/18/01]
FTS 356-7556
[COR LD NTC pda]
Bernardo Lopez
FTS 356-7556
[COR LD NTC pda]
Federal Public Defender's
Office
1 E Broward Boulevard
Suite 1100
Fort Lauderdale, FL 33301
954-356-7436

Martin John Bidwill
[term 05/24/01]
FTS 833-0368
[COR LD NTC pda]
Federal Public Defender's
Office
400 Australian Avenue N
Suite 300
West Palm Beach, FL 33401-5634
561-833-6288

Gregg Stuart Lerman
[term 10/18/01]
561-832-5770
Suite 209
[COR LD NTC ret]
330 Clematis Street
West Palm Beach, FL 33401

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By [signature]
Deputy Clerk
Date 4/3/02

Proceedings include all events.
0:00cr6330-ALL USA v. Pineda

AEV
CLOSED APPEAL

| Pending Counts: | Disposition |
|---|---|
| 21:846=CD.F CONSPIRACY DISTRIBUTE CONTRL SUBST (1) | IMPRISONMENT: SEVENTY TWO [72] Months as to Count One of the Indictment. SUPERVISED RELEASE: FIVE [5] Years. [See Special Conditions of Supervised Release]. ASSESSMENT: $100.00 DUE IN FULL IMMEDIATELY (1) |

Offense Level (opening): 4

| Terminated Counts: | Disposition |
|---|---|
| 21:841A=CD.F CONTROLLED SUBST SELL/DISTR/DISPENSE (2) | Dismissed (2) |

Offense Level (disposition): 4

| Complaints | Disposition |
|---|---|
| 21:952,841 Importation of heroin and PWID [ 0:00-m -4267 ] | |

U. S. Attorneys:

Roger Powell
FTS 356-7336
954-356-7255X3592
[COR LD NTC]
United States Attorney's Office
500 E Broward Boulevard
7th Floor
Fort Lauderdale, FL 33394-3002
954-356-7255

PTS Officer
954-769-5600
[COR LD NTC]
Pretrial Services Office
299 E Broward Boulevard

Suite 301
Fort Lauderdale, FL 33301
954-769-5600

Probation Officer
FTS 769-5566
954-769-5500
[COR LD NTC]
United States Probation Office
299 E Broward Boulevard
Room 409
Fort Lauderdale, FL 33301-1865
954-769-5500

Begin Vol #1

Proceedings include all events.
0:00cr6330-ALL USA v. Pineda

AEV
CLOSED APPEAL

11/18/00 -- ARREST of Fernardo Pineda
[ 0:00-m -4267 ] (dd) [Entry date 11/20/00]

11/20/00 1 COMPLAINT as to Fernardo Pineda
[ 0:00-m -4267 ] (dd) [Entry date 11/20/00]

11/20/00 2 ORDER on Initial Appearance as to Fernardo Pineda Bond set to PTD Requested for Appointment of Public Defender Arraignment set for 11:00 11/30/00 Detention hearing set for 9:30 11/22/00 before Magistrate Barry S. Seltzer, , ( Signed by Magistrate Barry S. Seltzer on 11/20/00) Tape # 00-090 CCAP
[ 0:00-m -4267 ] (dd) [Entry date 11/20/00]

11/20/00 3 Minutes of Initial Appearance held on 11/20/00 before Magistrate Barry S. Seltzer as to Fernardo Pineda ; Defendant advised of charges, FPD appointed, PTD set 11/22/00, arraignment set 11/30/00, status re partial indigence 12/19/00. Court Reporter Name or Tape #: 00-090
[ 0:00-m -4267 ] (dd) [Entry date 11/20/00]

11/20/00 4 ORDER OF PARTIAL INDIGENCE as to Fernardo Pineda. Defendant ordered to pay $250 into Registry of the Ct. by 12/15/00. ( Signed by Magistrate Barry S. Seltzer on 11/20/00) CCAP [EOD Date: 11/20/00] Tape # 00-090 CCAP
[ 0:00-m -4267 ] (dd) [Entry date 11/20/00]

11/20/00 5 REPORT Commencing Criminal Action as to Fernardo Pineda DOB: 3/21/68 Prisoner # 55553-004
[ 0:00-m -4267 ] (dd) [Entry date 11/21/00]

11/22/00 6 NOTICE of Assignment of Assistant Public Defender for Fernardo Pineda . Terminated attorney Public Defender for Fernardo Pineda AFPD Robert Norman Berube assigned.
[ 0:00-m -4267 ] (pb) [Entry date 11/22/00]

11/22/00 7 MOTION by Fernardo Pineda for disclosure of expert witness summaries
[ 0:00-m -4267 ] (pb) [Entry date 11/22/00]

11/22/00 8 DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL by Fernardo Pineda
[ 0:00-m -4267 ] (pb) [Entry date 11/22/00]

11/22/00 9 Minutes of Pretrial Detention Hearing held on 11/22/00 before Magistrate Barry S. Seltzer as to Fernardo Pineda ; AUSA: Roger Powell; Deft. Atty: Robert Berube; Detention hearing continued to future date Tape #: 00-092 (3410 - 3886)
[ 0:00-m -4267 ] (aj) [Entry date 11/22/00]

11/30/00 10 INDICTMENT as to Fernando Pineda (1) count(s) 1, 2 (Criminal Category 1) (pb) [Entry date 11/30/00]

Vol #1 Cont.

Proceedings include all events.
0:00cr6330-ALL USA v. Pineda

AEV
CLOSED APPEAL

| | | |
|---|---|---|
| 11/30/00 | -- | Magistrate identification: Magistrate Judge Ann E. Vitunac (pb) [Entry date 11/30/00] |
| 11/30/00 | 11 | ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS as to Fernando Pineda Status conference set for 11:00 a.m. 12/29/00 for Fernando Pineda before Magistrate Ann E. Vitunac (Signed by Magistrate Barry S. Seltzer on 11/30/00) CCAP [EOD Date: 12/1/00] CCAP (at) [Entry date 12/01/00] |
| 11/30/00 | 12 | STANDING DISCOVERY ORDER as to Fernando Pineda all motions concerning matters not covered by this order must be filed within 28 days of this order (Signed by Magistrate Barry S. Seltzer on 11/30/00) CCAP (at) [Entry date 12/01/00] |
| 11/30/00 | 13 | Minutes of Arraignment and Motion For Expert Summaries held on 11/30/00 before Magistrate Barry S. Seltzer as to Fernando Pineda; granting [7-1] motion for disclosure of expert witness summaries as to Fernando Pineda (1) (at) [Entry date 12/01/00] |
| 12/4/00 | 14 | NOTICE of Assignment of Assistant Public Defender for Fernando Pineda . Terminated attorney Robert Norman Berube for Fernando Pineda AFPD Martin John Bidwill assigned. (at) [Entry date 12/05/00] |
| 12/21/00 | 15 | ORDER SETTING STATUS CONFERENCE as to Fernando Pineda Status conference set for 9:15 a.m. on 1/16/01 for Fernando Pineda before Judge Daniel T. K. Hurley (Signed by Judge Daniel T. K. Hurley on 12/21/00) CCAP [EOD Date: 12/21/00] CCAP (at) [Entry date 12/21/00] |
| 12/28/00 | 16 | MOTION by Fernando Pineda to extend time to file pre-trial motions (pa) [Entry date 12/29/00] |
| 1/2/01 | 17 | RESPONSE to Standing Discovery Order by USA as to Fernando Pineda (at) [Entry date 01/03/01] |
| 1/3/01 | 18 | ORDER as to Fernando Pineda granting [16-1] motion to extend time to file pre-trial motions, dependent upon continuatin of trial by Judge Hurley reset motion filing deadline for 30 days from the date of this order (Signed by Magistrate Ann E. Vitunac on 1/2/01) CCAP [EOD Date: 1/3/01] CCAPΔ (pa) [Entry date 01/03/01] [Edit date 01/03/01] |
| 1/4/01 | 19 | Minutes of Status/Discovery Conference held on 01/04/01 before Magistrate Ann E. Vitunac as to Fernando Pineda ; Set status conference for 01/16/01 before Judge Hurley parties present, partial discovery out, defense needs final lab report. Status Conference for 01/16/01 before Judge Hurley. Tape #: AEV 01-1-3293 (at) [Entry date 01/04/01] |
| 1/4/01 | -- | Deadline updated as to Fernando Pineda, Set status conference for 1/16/01 for Fernando Pineda before Judge Daniel T. K. Hurley (at) [Entry date 01/05/01] |

Proceedings include all events.
0:00cr6330-ALL USA v. Pineda




AEV
CLOSED APPEAL

| | | |
|---|---|---|
| 1/19/01 | 20 | NOTICE of Hearing as to Fernando Pineda: Set Detention Hearing for 9:30 a.m. on 1/24/01 for Fernando Pineda before Magistrate Ann E. Vitunac (at) [Entry date 01/22/01] |
| 1/22/01 | 21 | ORDER SETTING TRIAL DATE & ESTABLISHING PRETRIAL PROCEDURES as to Fernando Pineda This case is set for trial on 4/2/01 for Fernando Pineda before Judge Daniel T. K. Hurley, A Calendar call will be conducted at 1:30 p.m. on 3/23/01 for Fernando Pineda before Judge Daniel T. K. Hurley (Signed by Judge Daniel T. K. Hurley on 01/19/01) CCAP [EOD Date: 1/23/01] CCAP (at) [Entry date 01/23/01] |
| 1/22/01 | 22 | MOTION by Fernando Pineda to suppress Physical Evidence & Statements (at) [Entry date 01/23/01] [Edit date 02/27/01] |
| 1/24/01 | 23 | Minutes of Detention Hearing held on 01/24/01 before Magistrate Ann E. Vitunac as to Fernando Pineda; Deft present with counsel, Govt proffers evidence, witness Robert P. Sherin s/a DEA-sworn/test. Defense proffers evidence, Court detaines deft for risk of flight and danger written order to follow. Court Tape #: AEV 01-3-3602/01-04-01 (at) [Entry date 01/25/01] |
| 1/25/01 | 24 | PRETRIAL DETENTION ORDER as to Fernando Pineda (Signed by Magistrate Ann E. Vitunac on 01/25/01) CCAP (at) [Entry date 01/25/01] |
| 1/30/01 | 25 | NOTICE of Hearing as to Fernando Pineda: Motion hearing before Magistrate Ann E. Vitunac set for 10:00 a.m. on 2/27/01 for Fernando Pineda for [22-1] motion to suppress Physical Evidence & Evidence (at) [Entry date 01/31/01] |
| 1/30/01 | 26 | FIRST SUPPLEMENTAL RESPONSE to Standing Discovery Order by USA as to Fernando Pineda (at) [Entry date 01/31/01] |
| 2/15/01 | 27 | RESPONSE by USA as to Fernando Pineda re [22-1] motion to suppress Physical Evidence & Evidence (pa) [Entry date 02/16/01] |
| 2/26/01 | 28 | REVISED RESPONSE by USA as to Fernando Pineda re [22-1] motion to suppress Physical Evidence & Statements (at) [Entry date 02/27/01] |

Vol #1 Cont.

Proceedings include all events.
0:00cr6330-ALL USA v. Pineda

AEV
CLOSED APPEAL

2/27/01 (29) Minutes of Motion To Suppress Physical Evidence & Statements held on 2/27/01 before Magistrate Ann E. Vitunac as to Fernando Pineda; Deft present with counsel; Govt present opening arguments; Witness: John Solek BSO/U.S. Border Patrol/Task Force sworn/test; Witness: Robert P. Shinn S/A DEA sworn/test; Witness: Eduardo Santiago FPD Staff Investigation sworn/test; Witness: Fernando Pineda Dft sworn/test; Defense Exhibits 1-9 & 11-18 admitted into evidence. R & R to follow. Court Reporter Name or Tape #: Brynn Dockstader and AEV-01-12-1 (at) [Entry date 02/28/01]

2/27/01 (30) Exhibit and Witness List by Fernando Pineda (at) [Entry date 02/28/01]

3/5/01 (31) NOTICE OF FILING SUPPLEMENTAL AUTHORITY by Fernando Pineda (at) [Entry date 03/06/01]

3/6/01 (32) REPORT AND RECOMMENDATIONS of Magistrate Ann E. Vitunac as to Fernando Pineda recommending that [22-1] motion to suppress Physical Evidence & Statements as to Fernando Pineda (1) be DENIED. Motion no longer referred. Signed on: 03/05/01 Objections to R and R due by 3/16/01 CCAP (at) [Entry date 03/06/01]

3/8/01 (33) UNOPPOSED MOTION by Fernando Pineda to continue of trial (at) [Entry date 03/09/01]

3/8/01 (34) UNOPPOSED MOTION by Fernando Pineda to extend time to file objections to Magistrate Judge's Report and Recommendation (at) [Entry date 03/09/01]

3/14/01 (35) ORDER as to Fernando Pineda granting [34-1] motion to extend time to file objections to Magistrate Judge's Report and Recommendation as to Fernando Pineda (1) Objections reset to 4/2/01 for Fernando Pineda for [32-1] report and recommendations (Signed by Judge Daniel T. K. Hurley on 03/13/01) CCAP [EOD Date: 3/14/01] CCAPΔ (at) [Entry date 03/14/01]

3/19/01 (36) ORDER DENYING MOTION TO CONTINUE as to Fernando Pineda denying [33-1] motion to continue of trial as to Fernando Pineda (1) (Signed by Judge Daniel T. K. Hurley on 03/17/01) CCAP [EOD Date: 3/20/01] CCAPΔ (at) [Entry date 03/20/01]

---

3/22/01 37 TRANSCRIPT filed as to Fernando Pineda of motion to suppress held 2/27/01 before Judge Anne Vitunac Pages: 1-100 (sn) [Entry date 03/22/01] Vol #2

---

4/2/01 (38) OBJECTION by Fernando Pineda to [32-1] report and recommendations (at) [Entry date 04/03/01]

4/2/01 (39) NOTICE of Filing of Transcript of Motion To Supress taken on 02/27/01 by Fernando Pineda (at) [Entry date 04/03/01] See Exp #1






| | | |
|---|---|---|
| 5/17/01 | 40 | NOTICE of Appearance for Fernando Pineda by Attorney Gregg Stuart Lerman (at) [Entry date 05/17/01] |
| 5/23/01 | 41 | MOTION by Fernando Pineda for termination of appointment of Counsel, Gregg Lerman has been retained as Attorney (at) [Entry date 05/23/01] |
| 5/24/01 | 42 | ORDER TERMINATING APPOINTMENT OF COUNSEL as to Fernando Pineda granting [41-1] motion for termination of appointment of Counsel, Gregg Lerman has retained as Attorney (Terminated: attorney Martin John Bidwill for Fernando Pineda Added: ) as to Fernando Pineda (1) (Signed by Magistrate Ann E. Vitunac on 05/24/01) CCAP [EOD Date: 5/25/01] CCAPO (at) [Entry date 05/25/01] |
| 6/13/01 | 43 | NOTICE of Hearing as to Fernando Pineda : Set Change of Plea Hearing for 9:30 a.m. on 6/21/01 for Fernando Pineda before Judge James C. Paine ** Note that this hearing will be presided over by Judge Paine on behalf of Judge Hurley (at) [Entry date 06/13/01] |
| 6/21/01 | 44 | Minutes of change of plea held on 6/21/01 before Judge James C. Paine as to Fernando Pineda ; Court Reporter Name : Patricia Sanders (kw) [Entry date 06/21/01] |
| 6/21/01 | -- | PLEA entered by Fernando Pineda . Court accepts plea. GUILTY: Fernando Pineda (1) count(s) 1 (kw) [Entry date 06/21/01] |
| 6/21/01 | 45 | NOTICE of Hearing as to Fernando Pineda : set Sentencing for 9:30 10/12/01 for Fernando Pineda before Judge Daniel T. K. Hurley in West Palm Beach (kw) [Entry date 06/21/01] |
| 6/21/01 | 46 | Plea Agreement as to Fernando Pineda (kw) [Entry date 06/21/01] |
| 7/2/01 | 47 | ORDER ON MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION adopting as to Fernando Pineda [32-1] report and recommendations denying [22-1] motion to suppress Physical Evidence & Statements as to Fernando Pineda (1) (Signed by Judge Daniel T. K. Hurley on 06/28/01) [EOD Date: 7/2/01] CCAP (at) [Entry date 07/02/01] |
| 9/6/01 | 48 | OBJECTION by Fernando Pineda to Presentence Investigation Report (at) [Entry date 09/06/01] |
| 10/12/01 | -- | Sentencing held Fernando Pineda (1) count(s) 1 (at) [Entry date 10/19/01] |
| 10/17/01 | 49 | MOTION by Fernando Pineda for appointment of counsel (mr) [Entry date 10/18/01] |

Vol #1 Cont.

Proceedings include all events.
0:00cr6330-ALL USA v. Pineda

AEV
CLOSED APPEAL

| | |
|---|---|
| 10/18/01 -- | Certified copies of Notice of Appeal, Docket and Order under appeal to USCA: as to Fernando Pineda [49-1] appeal (mr) [Entry date 10/18/01] |
| 10/18/01 50 | JUDGMENT as to Fernando Pineda (1) count(s) 1. IMPRISONMENT: SEVENTY TWO [72] Months as to Count One of the Indictment. SUPERVISED RELEASE: FIVE [5] Years. [See Special Conditions of Supervised Release]. ASSESSMENT: $100.00 DUE IN FULL IMMEDIATELY, Count(s) 2. is Dismissed (Signed by Judge Daniel T. K. Hurley on 10/18/01) [EOD Date: 10/19/01] CCAP (at) [Entry date 10/19/01] |
| 10/18/01 49 | NOTICE OF APPEAL by Fernando Pineda re: [50-1] judgment order EOD Date: 10/19/01; Fernando Pineda (1) count(s) 1; Copies to USCA, AUSA, USM, USPO and Counsel of Record. (mr) [Entry date 10/24/01] |
| 10/19/01 51 | NOTICE OF APPEAL by Fernando Pineda re: [50-1] judgment order EOD Date: 10/19/01; Fernando Pineda (1) count(s) 1; Copies to USCA, AUSA, USM, USPO and Counsel of Record. (mr) [Entry date 10/22/01] |
| 10/19/01 -- | Certified copies of Notice of Appeal, Docket and Order under appeal to USCA: as to Fernando Pineda [51-1] appeal (mr) [Entry date 10/22/01] |
| 10/26/01 -- | NOTICE of Receipt of Notice of Appeal Transmittal Letter from USCA on 10/26/01 as to Fernando Pineda Re: [49-1] appeal USCA Number: 01-15979-G (mr) [Entry date 10/26/01] |
| 12/6/01 52 | ORDER OF REFERENCE referring Motion(s) to Magistrate Ann E. Vitunac as to Fernando Pineda: [49-1] motion for appointment of counsel on appeal referred to Magistrate Ann E. Vitunac (Signed by Judge Daniel T. K. Hurley on 12/5/01) [EOD Date: 12/6/01] CCAP (pa) [Entry date 12/06/01] [Edit date 12/06/01] |
| 12/7/01 -- | NOTICE of Receipt of Notice of Appeal Transmittal Letter from USCA on 10/24/01 as to Fernando Pineda Re: [51-1] appeal USCA Number: 01-15979-G (mr) [Entry date 12/10/01] |
| 12/12/01 53 | NOTICE OF HEARING as to Fernando Pineda : set evidentiary hearing for 9:30 a.m. on 12/18/01 for Fernando Pineda to determine whether defendant is Indigent and Unable to retain Counsel for his Appeal, before Magistrate Ann E. Vitunac (at) [Entry date 12/12/01] [Edit date 12/12/01] |
| 12/12/01 54 | WRIT of Habeas Corpus ad Testificandum issued for Fernando Pineda for 12/18/01 at 9:30 a.m. in case as to Fernando Pineda (Signed by Magistrate Ann E. Vitunac on 12/12/01) [EOD Date: 12/13/01] (at) [Entry date 12/13/01] [Edit date 12/13/01] |
| 12/18/01 55 | SEALED DOCUMENT (at) [Entry date 12/18/01] |

Proceedings include all events.
0:00cr6330-ALL USA v. Pineda



AEV
CLOSED APPEAL

| | | |
|---|---|---|
| 12/20/01 | 56 | SEALED DOCUMENT (at) [Entry date 12/20/01] |
| 1/4/02 | 57 | SEALED DOCUMENT (at) [Entry date 01/07/02] |
| 1/10/02 | 58 | ORDER as to Fernando Pineda granting [49-1] motion for appointment of appellate counsel as to Fernando Pineda (1) ( Signed by Judge Daniel T. K. Hurley on 1/9/02) [EOD Date: 1/16/02] CCAP (mr) [Entry date 01/16/02] [Edit date 01/16/02] |
| 2/11/02 | 59 | NOTICE of Assignment of Assistant Public Defender for Fernando Pineda . Terminated attorney Public Defender for Fernando Pineda AFPD Bernardo Lopez assigned. (at) [Entry date 02/13/02] |
| 2/20/02 | 60 | TRANSCRIPT INFORMATION FORM as to Fernando Pineda re: [51-1] appeal received on 2/20/02 from Court Reporter. (Returned to Court Reporter Coordinator) (mr) [Entry date 02/20/02] |
| 2/20/02 | 61 | TRANSCRIPT INFORMATION FORM as to Fernando Pineda re: [51-1] appeal from Court Reporter. (Returned to Court Reporter Coordinator) (mr) [Entry date 02/20/02] |
| 2/20/02 | 62 | TRANSCRIPT INFORMATION FORM as to Fernando Pineda re: [51-1] appeal received on 2/20/02 from Court Reporter. (Returned to Court Reporter Coordinator) (mr) [Entry date 02/20/02] |
| 2/20/02 | 63 | TRANSCRIPT INFORMATION FORM as to Fernando Pineda re: [51-1] appeal received on 2/20/02 from Court Reporter. (Returned to Court Reporter Coordinator) (mr) [Entry date 02/20/02] |
| 2/26/02 | 64 | Acknowledgement of Transcript Information Formas to Fernando Pineda re: [51-1] appeal by Fernando Pineda Transcript of: Change of Plea held 6/21/01Transcript due on: 3/20/02 for Fernando Pineda ; Court Reporter name: Patricia Sanders (mr) [Entry date 02/27/02] |
| 2/26/02 | 65 | Acknowledgement of Transcript Information Formas to Fernando Pineda re: [51-1] appeal by Fernando Pineda Transcript of: Sentencing held 10/12/01Transcript due on: 3/25/02 for Fernando Pineda ; Court Reporter name: Pauline Stipes (mr) [Entry date 02/27/02] |
| 2/27/02 | 66 | Judgment Returned Executed as to Fernando Pineda on 2/13/02 at FPC Eglin AFB FL (at) [Entry date 02/27/02] |
| 3/25/02 | 67 | TRANSCRIPT filed as to Fernando Pineda of Sentencing held 10/12/01 before Judge Daniel T.K. Hurley Volume #: 1 Pages: 1-57 re: [51-1] appeal, [49-1] appeal . (mr) [Entry date 03/25/02] Vol #4 |

Vol # 1 Cont.

Proceedings include all events.
0:00cr6330-ALL USA v. Pineda

AEV
CLOSED APPEAL

| | | |
|---|---|---|
| 3/25/02 | 68 | Transcript Information Form as to Fernando Pineda for Transcript of: Sentencing held 10/12/01 filed re: [51-1] appeal by Fernando Pineda, [49-1] appeal by Fernando Pineda (mr) [Entry date 03/25/02] |
| 3/26/02 | 70 | TRANSCRIPT filed as to Fernando Pineda of Plea held 6/21/01 before Judge James C. Paine Volume #: 1 Pages: 1-17 re: [51-1] appeal, [49-1] appeal . (mr) [Entry date 04/02/02] Vol #3 |
| 3/28/02 | 69 | Transcript Information Form as to Fernando Pineda for Transcript of: Change of Plea held 6/21/01 filed re: [51-1] appeal by Fernando Pineda, [49-1] appeal by Fernando Pineda (mr) [Entry date 03/28/02] |

End of Vol #1