**United States Government**
MEMORANDUM



DATE: April 14, 2005

FROM: Sheila B. Martinez
U. S. Probation Officer
(305) 412-2332

SUBJECT: PINEDA, Fernando
Docket No. 00-6330-CR-HURLEY
SD/FL PACTS No. 66272

TO: The Honorable Daniel T. K. Hurley
U.S. District Court Judge
West Palm Beach, Fl.

### REQUEST TO RELOCATE TO COLOMBIA-NON REPORTING SUPERVISION

On October 18, 2001, Your Honor sentenced the above named individual to seventy-two (72) months incarceration and five years supervised release. The special conditions include participation in an approved treatment program for drug and/or alcohol abuse as directed by the U. S. Probation Office; maintain full-time, legitimate employment and not be unemployed for a term of more than 30 days, unless excused by the U.S. Probation Officer; the defendant is not to leave the United States without seeking prior approval from the Court and the defendant is to submit to a search of his person or property as conducted by the U. S. Probation Officer following his conviction for Conspiracy to Possess with intent to Distribute in excess of 100 grams of Heroin.

On February 7, 2005, Mr. Pineda was released from incarceration and began serving his term of supervised release in the Southern District of Florida. On February 25, 2005, a drug/alcohol initial assessment was completed by Compass Health and he was found to be in need of outpatient drug counseling. He is attending weekly group and monthly individual counseling sessions. From the time of his release until February 15, 2005, Mr. Pineda was gainfully employed with Supershine Car Wash, Miami, Florida, as a team leader. He was forced to terminate his employment due to health reasons, as cited in the attached letter from Dr. Elizabeth Philippe. The defendant resides with his father, who travels frequently for work purposes.

Mr. Pineda would like to permanently relocate to Colombia to reside with his mother, Maria Pineda, who resides at CRA 65C, Medellin, Colombia. Attached is a letter she has submitted, which outlines her desire for him to live with her, so that he may receive proper medical care. He feels his mother would be able to assist him greatly with his medical needs. It was explained to Mr. Pineda that, if granted permission by Your Honor to relocate, his supervision would be non-

73/RB

The Honorable Daniel T. K. Hurley
U.S. District Court Judge
April 14, 2005
Page 2

RE:  PINEDA, Fernando
SD/FL PACTS No. 66272

reporting. It was also explained that, if he were to return to the United States prior to the expiration of his term of supervised release, he would have to report to the nearest U.S. Probation Office within 72 hours of his arrival. At that point, all conditions of supervised release would be in effect as ordered by Your Honor.

Normally, cases such as this, are subject to possible deportation, however, Mr. Pineda is a U.S. Citizen by birth. As a result, he is requesting permission to leave in order to comply with his sentence. Contact was established with Assistant U.S. Attorney Roger Powell, who did not oppose the proposed relocation to Colombia.

If Your Honor agrees with the request, please indicate below. Should Your Honor desire a different course of action, please advise. Your attention to this matter is greatly appreciated.

If additional information is needed, please feel free to contact this officer.

Respectfully submitted,

Reviewed and Approved:

Bob Monterrey, Supervising
U.S. Probation Officer
305-412-2305

✓ Approval Relocation Request

___ Deny Relocation Request

Daniel T. K. Hurley
April 19, 2005